B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Circle Family Healthcare Network, an Illinois Not-For-Profit Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA Circle Family Care, Inc. an Illinois Not-for-profit Corporation** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-2902782** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5002 W. Madison St.**<br>**Chicago, IL**                          ZIP Code **60644** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ■ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13        ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."        ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(12/11)                                                                                          **Page 2**

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Circle Family Healthcare Network, an Illinois Not-For-Profit Corporation** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)          (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>   ☐  Yes, and Exhibit C is attached and made a part of this petition.<br><br>   ■  No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>   ☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>   ☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>       _____<br>       (Name of landlord that obtained judgment)<br><br><br>       _____<br>       (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(12/11)                                                                                                   Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Circle Family Healthcare Network, an Illinois Not-For-Profit Corporation** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X **/s/ Robert R. Benjamin**
Signature of Attorney for Debtor(s)

**Robert R. Benjamin 0170429**
Printed Name of Attorney for Debtor(s)

**Golan & Christie LLP**
Firm Name

**70 W. Madison**
**Suite 1500**
**Chicago, IL 60602**
Address

Email: **rrbenjamin@golanchristie.com**
**(312) 263-2300  Fax: (312) 263-0939**
Telephone Number

**February  8, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Andre L. Hines**
Signature of Authorized Individual

**Andre L. Hines**
Printed Name of Authorized Individual

**Executive Director**
Title of Authorized Individual

**February  8, 2013**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Circle Family Healthcare Network, an Illinois Not-For-Profit Corporation    Case No. _____
Debtor(s)    Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in
accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1)
persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of
the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.
If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and
address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's
name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| 1633 N. Hamlin Partnership<br>c/o Nathaniel D. Lawrence<br>2835 N. Sheffield Ave, Ste 232<br>Chicago, IL 60657 | Nathaniel D. Lawrence<br>1633 N. Hamlin Partnership<br>2835 N. Sheffield Ave, Ste 232<br>Chicago, IL 60657 | Rental Damages for<br>1633 N. Hamlin | Unliquidated<br>Disputed | 192,858.30 |
| Advocate IMMC Dental Van<br>811 W. Wellington<br>Chicago, IL 60657 | Advocate IMMC Dental Van<br>811 W. Wellington<br>Chicago, IL 60657 | Medical Services | Unliquidated | 23,866.75 |
| Anthony Atwood<br>4344 S. Lawrence St.<br>Chicago, IL 60615 | Anthony Atwood<br>4344 S. Lawrence St.<br>Chicago, IL 60615 | Pre-Petition Wages | Unliquidated | 125,600.00 |
| Brenda Parks-Johnson<br>c/o Elan Law Group<br>19 S. LaSalle Street, Ste 600<br>Chicago, IL 60603 | c/o Elan Law Group<br>Brenda Parks-Johnson<br>19 S. LaSalle Street, Ste 600<br>Chicago, IL 60603 | Breach of Contract | Unliquidated<br>Disputed | 67,200.00 |
| C. Emmanuel Ayers<br>300 W. North Ave #804<br>Chicago, IL 60610 | C. Emmanuel Ayers<br>300 W. North Ave #804<br>Chicago, IL 60610 | Pre-Petition Wages | Unliquidated | 25,038.44 |
| Circle Urban Ministries<br>118 N. Central<br>Chicago, IL 60644 | Circle Urban Ministries<br>118 N. Central<br>Chicago, IL 60644 | Landlord | Unliquidated | 32,370.00 |
| Dr. Nathalie<br>McCammon-Chase<br>836 North Humphrey<br>Oak Park, IL 60302 | Dr. Nathalie McCammon-Chase<br>836 North Humphrey<br>Oak Park, IL 60302 | Medical Services | Unliquidated | 39,500.00 |
| First Nonprofit<br>1 S. Wacker Drive<br>Suite 2380<br>Chicago, IL 60606 | First Nonprofit<br>1 S. Wacker Drive, Suite 2380<br>Chicago, IL 60606 | Management of<br>State<br>Unemployment<br>Taxes | Unliquidated | 37,000.00 |
| First Nonprofit<br>1 South Wacker Drive<br>Suite 2380<br>Chicago, IL 60606 | First Nonprofit<br>1 South Wacker Drive, Suite 2380<br>Chicago, IL 60606 | Unemployment<br>Insurance Broker | Unliquidated | 133,278.31 |
| Ford Desired Realty<br>5104 West Chicago Ave<br>Chicago, IL 60651 | Ford Desired Realty<br>5104 West Chicago Ave<br>Chicago, IL 60651 | Uninhabitable Store<br>Front<br>5714 W. Division<br>Chicago, IL 60651 | | 52,000.00<br><br>(10,000.00<br>secured) |

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re  Circle Family Healthcare Network, an Illinois Not-For-Profit Corporation
                              Debtor(s)
                            Case No.

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Laboratory Corporation of America<br>P.O. Box 2240<br>Burlington, NC 27216-2240 | Laboratory Corporation of America<br>P.O. Box 2240<br>Burlington, NC 27216-2240 | Medical Services | Unliquidated | 58,942.30 |
| Locumtenens Co.<br>P.O. Box 405547<br>Atlanta, GA 30384 | Locumtenens Co<br>P.O. Box 405547<br>Atlanta, GA 30384 | Placement Services | Unliquidated | 144,352.92 |
| Nathalie McCammon-Chase, M.D<br>c/o Robin Potter & Assoc., P.C.<br>111 E. Wacker Drive, Ste 2600<br>Chicago, IL 60601 | c/o Robin Potter & Assoc., P.C.<br>Nathalie McCammon-Chase, M.D<br>111 E. Wacker Drive, Ste 2600<br>Chicago, IL 60601 | Disputed Claim based upon breach of contract and other issues | Contingent<br>Unliquidated<br>Disputed | 50,000.00 |
| Patrick Nwaezeigwe<br>15423 Ellis Ave<br>Dolton, IL 60419 | Patrick Nwaezeigwe<br>15423 Ellis Ave<br>Dolton, IL 60419 | Pre-Petition Wages | Unliquidated | 25,315.00 |
| Penny White<br>30W 165 Whitney Road<br>West Chicago, IL 60185 | Penny White<br>30W 165 Whitney Road<br>West Chicago, IL 60185 | Pre-Petition Wages | Unliquidated | 30,846.16 |
| Pitler & Mandell<br>39 S. Lasalle Street<br>Ste. 1220<br>Chicago, IL 60601 | Pitler & Mandell<br>39 S. Lasalle Street, Ste. 1220<br>Chicago, IL 60601 | Legal Fees | Unliquidated | 25,435.65 |
| Rodrigue Tinfang<br>155 E. Quincy Street<br>Elmhurst, IL 60126 | Rodrigue Tinfang<br>155 E. Quincy Street<br>Elmhurst, IL 60126 | Pre-Petition Wages | Unliquidated | 35,461.66 |
| Thomas Huggett<br>5728 W. Lake<br>Chicago, IL 60644 | Thomas Huggett<br>5728 W. Lake<br>Chicago, IL 60644 | Pre-Petition Wages | | 25,313.59 |
| US Bank<br>c/o Pierce & Associates<br>1 N. Dearborn, Suite 1300<br>Chicago, IL 60602 | c/o Pierce & Associates<br>US Bank<br>1 N. Dearborn, Suite 1300<br>Chicago, IL 60602 | Alleged Guarantors | Contingent<br>Disputed | 311,324.00 |
| Westside Holisitc Family Services<br>4909 West Division Street<br>Chicago, IL 60651 | Westside Holisitc Family Services<br>4909 West Division Street<br>Chicago, IL 60651 | Landlord | | 216,976.25 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    Circle Family Healthcare Network, an Illinois Not-For-Profit
Corporation
_____
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Executive Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  February  8, 2013
_____

Signature   /s/ Andre L. Hines
_____
Andre L. Hines
Executive Director

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Circle Family Healthcare Network, an Illinois
Not-For-Profit Corporation**
_____ ,
Debtor

Case No. _____

Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 242,525.00 | | |
| B - Personal Property | Yes | 4 | 540,083.19 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 438,372.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 28 | | 840,580.40 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 25 | | 1,775,051.97 | |
| G - Executory Contracts and Unexpired Leases | Yes | 4 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 64 | | | |
| Total Assets | | | 782,608.19 | | |
| Total Liabilities | | | | 3,054,004.37 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Circle Family Healthcare Network, an Illinois**
    **Not-For-Profit Corporation**

Case No. _____

                                             ,   Debtor

Chapter _____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Circle Family Healthcare Network, an Illinois**                    Case No. _____
         **Not-For-Profit Corporation**
                                                        ,
                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Group Home Facility**<br>**3919 N. Albany Ave.**<br>**Chicago, IL 60618** | **Fee Simple** | - | **232,525.00** | **73,779.00** |
| **Uninhabitable Store Front**<br>**5714 W. Division**<br>**Chicago, IL 60651** | **Purchaser by Installment Agreement for Warranty Deed** | - | **10,000.00** | **52,000.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **242,525.00** | (Total of this page) |
| Total > | **242,525.00** |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re   **Circle Family Healthcare Network, an Illinois**          Case No. _____
        **Not-For-Profit Corporation**
                                                              ,
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash** | - | 900.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **U.S. Bank Checking (...9990)** | - | 0.00 |
| | | | **U.S. Bank Checking (...4550)** | - | 46.59 |
| | | | **U.S. Bank Checking (...9539)** | - | 19,119.53 |
| | | | **U.S. Bank Checking (...0046)** | - | 82.52 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **ComEd Security Deposit** **4909 W. Division, Chicago IL** **1633 N. Hamlin, Chicago IL** **5002 W. Madison, Chicago IL** | - | 1,721.87 |
| | | | **IMC Property Management, LLC** | - | 3,557.18 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |

|  | Sub-Total > | 25,427.69 |
|---|---|---|
| | (Total of this page) | |

  _3_   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                            Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Circle Family Healthcare Network, an Illinois**          Case No. _____
       **Not-For-Profit Corporation**
                                                        ,
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable:**<br>**Less than 90 days as of 1/23/13 $533,751.00 (40% collectable - $213,500.00)**<br>**More than 90 days as of 1/23/13 $1,067,270.00 (25% collectable - $266,817.50)** | - | 480,317.50 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

|  |  |
|---|---:|
| Sub-Total > | 480,317.50 |
| (Total of this page) | |

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Circle Family Healthcare Network, an Illinois**
       **Not-For-Profit Corporation**
                                                                      Case No. _____
_____ ,
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **City of Chicago, Limited Business License** | - | 0.00 |
| | | **Illinois Department of Human Services to Provide Community Integrated Living Arrangements** | - | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 Ford Van** | - | 4,000.00 |
| | | **1979 Bluebird Minivan** | - | 1,500.00 |
| | | **1998 Ford Minivan** | - | 1,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Liquidation Value:** <br> **5002 W. Madison : $5,135.00** <br> **115 Parkside : $1,593.00** <br> **1201 S. Campbell : $610.00** <br> **1633 N. Hamlin : $5,415.00** <br> **Pine Ave (School based) : $695.00** <br> **4909 W. Division : $3,180.00** <br> **3919 N. Albany : $1,025.00** | - | 17,653.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Medical equipment and tools** | - | 0.00 |

|  |  |
|---|---|
| Sub-Total > | 24,153.00 |
| (Total of this page) | |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re    **Circle Family Healthcare Network, an Illinois**                    Case No. _____
**Not-For-Profit Corporation**
_____ ,
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Liquidation Value:** **115 Parkside : $2,900.00** **1201 S. Campbell : $1,275.00** **Pine Ave (School based) : $1,375.00** **4909 W. Division : $4,635.00** | **-** | **10,185.00** |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >          **10,185.00**
(Total of this page)

Total >          **540,083.19**

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re **Circle Family Healthcare Network, an Illinois
Not-For-Profit Corporation**
_____,
Debtor

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | |
| Account No. | | | | | **First Mortgage** | | | | | |
| **Bank of America** **P.O. Box 5170** **Simi Valley, CA 93062** | - | | | | **Group Home Facility** **3919 N. Albany Ave.** **Chicago, IL 60618** | | X | | | |
| | | | | | Value $              232,525.00 | | | | 73,779.00 | 0.00 |
| Account No. | | | | | **Uninhabitable Store Front** **5714 W. Division** **Chicago, IL 60651** | | | | | |
| **Ford Desired Realty** **5104 West Chicago Ave** **Chicago, IL 60651** | - | | | | | | | | | |
| | | | | | Value $               10,000.00 | | | | 52,000.00 | 42,000.00 |
| Account No. **37-5240600** | | | | | **Accounts Receivable:** **Less than 90 days as of 1/23/13** **$533,751.00 (40% collectable -** **$213,500.00)** | | | | | |
| **NCB Development Corporations** **2011 Crystal Dr.** **Ste. 900** **Arlington, VA 22202** | - | | | | **More than 90 days as of 1/23/13** **$1,067,270.00 (25% collectable -** **$266,817.50)** | | X | | | |
| | | | | | Value $              480,317.50 | | | | 86,282.00 | 0.00 |
| Account No. **25-0031014682-34** | | | | | **2008 Loan from Park National Bank** **assigned to US Bank** **Accounts Receivable:** | | | | | |
| **U.S. Bank** **P.O. Box 790401** **Saint Louis, MO 63179** | - | | | | **Less than 90 days as of 1/23/13** **$533,751.00 (40% collectable -** **$213,500.00)** **More than 90 days as of 1/23/13** **$1,067,270.00 (25% collectable -** | | X | | | |
| | | | | | Value $              480,317.50 | | | | 226,311.00 | 0.00 |

**0**     continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | 438,372.00 | 42,000.00 |
| Total (Report on Summary of Schedules) | 438,372.00 | 42,000.00 |

B6E (Official Form 6E) (4/10)

In re   **Circle Family Healthcare Network, an Illinois**                                    , Case No. _____
**Not-For-Profit Corporation**

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 04/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__27__   continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **Circle Family Healthcare Network, an Illinois
Not-For-Profit Corporation**

Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | Pre-Petition Wages | | | | | |
| Aaron Carter 4005 S. Ellis Chicago, IL 60653 | - | | | | | | | | 0.00 |
| | | | | | | | | 3,950.00 | 3,950.00 |
| Account No. 202580 | | | | Pre-Petition Wages | | | | | |
| Adreian Smith 2427 S. DesPlaines Apt#4 Riverside, IL 60546 | - | | | | | | | | 0.00 |
| | | | | | | | | 2,776.70 | 2,776.70 |
| Account No. 11560 | | | | Pre-Petition Wages | | | | | |
| Al Ruffin 6436 S. Paulina Chicago, IL 60639 | - | | | | | | | | 0.00 |
| | | | | | | | | 6,087.32 | 6,087.32 |
| Account No. 124017 | | | | Pre-Petition Wages | | | | | |
| Alejandro Trejo 1921 N. Kimball Chicago, IL 60647 | - | | | | | | | | 0.00 |
| | | | | | | | | 5,229.89 | 5,229.89 |
| Account No. | | | | Pre-Petition Wages | | | | | |
| Aline Olmo 3114 W. Walton Chicago, IL 60622 | - | | | | | | | | 0.00 |
| | | | | | | | | 2,453.63 | 2,453.63 |

Sheet **1** of **27** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 20,497.54 | 20,497.54 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Circle Family Healthcare Network, an Illinois**                    Case No. _____
**Not-For-Profit Corporation**
                                                                                         ,
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **124031** <br><br> **Andre' Hines** <br> **7415 Dixon Street** <br> **Forest Park, IL 60130** | - | | Pre-Petition Wages | | X | | <br><br><br> 11,725.00 | 0.00 <br><br><br> 11,725.00 |
| Account No. **11504** <br><br> **Andrea Esopinoza** <br> **3801 W. Wabansia** <br> **Chicago, IL 60647** | - | | Pre-Petition Wages | | | | <br><br><br> 2,217.00 | 0.00 <br><br><br> 2,217.00 |
| Account No. **11537** <br><br> **Andrea Manriquez** <br> **6412 S. Lamon Ave** <br> **Chicago, IL 60638** | - | | Pre-Petition Wages | | | | <br><br><br> 4,347.57 | 0.00 <br><br><br> 4,347.57 |
| Account No. **125600** <br><br> **Anthony Atwood** <br> **4344 S. Lawrence St.** <br> **Chicago, IL 60615** | - | | Pre-Petition Wages | | X | | <br><br><br> 125,600.00 | 113,875.00 <br><br><br> 11,725.00 |
| Account No. **13018** <br><br> **Arlynn Manasse, NP** <br> **107 56th Ct** <br> **Downers Grove, IL 60516** | - | | Pre-Petition Wages | | | | <br><br><br> 9,835.44 | 0.00 <br><br><br> 9,835.44 |

Sheet _**2**_ of _**27**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 113,875.00 |
| (Total of this page) | 153,725.01 | 39,850.01 |

B6E (Official Form 6E) (4/10) - Cont.

In re  **Circle Family Healthcare Network, an Illinois**
**Not-For-Profit Corporation**
_____,
Debtor

Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
| | | H | W J | C | | | | | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Ashley Branch** 6637 S. Wipple Street Chicago, IL 60629 | - | | Pre-Petition Wages | | | | | 2,695.00 | 0.00 2,695.00 |
| Account No. **Bakari Cowan NRI** 4147 Oakwood Ln Matteson, IL 60443 | - | | Pre-Petition Wages | | | | | 3,509.45 | 0.00 3,509.45 |
| Account No. 11537 **Brek Leinhart** 146 Clyde Ave Evanston, IL 60202 | - | | Pre-Petition Wages | | | | | 8,497.85 | 0.00 8,497.85 |
| Account No. **C. Emmanuel Ayers** 300 W. North Ave #804 Chicago, IL 60610 | - | | Pre-Petition Wages | | X | | | 25,038.44 | 13,313.44 11,725.00 |
| Account No. 202586 **Candice Bennett** E. 72nd Street #1B Chicago, IL 60649 | - | | Pre-Petition Wages | | | | | 2,790.30 | 0.00 2,790.30 |

Sheet __3__ of __27__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 13,313.44 |
|---|---|---|
| (Total of this page) | 42,531.04 | 29,217.60 |

B6E (Official Form 6E) (4/10) - Cont.

In re  **Circle Family Healthcare Network, an Illinois
Not-For-Profit Corporation**

Case No. _____

_____,
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. **11064** | | | | Pre-Petition Wages | | | | | | |
| Carmen M. Perez 2648 N. Avers 3rd Fl Chicago, IL 60648 | - | | | | | | | 3,152.53 | 0.00 | 3,152.53 |
| Account No. | | | | Pre-Petition Wages | | | | | | |
| Celia Smith 9141 S. May Chicago, IL 60620 | - | | | | | | | 3,077.94 | 0.00 | 3,077.94 |
| Account No. **123624** | | | | Pre-Petition Wages | | | | | | |
| Charles Clark 213 N. Menard Chicago, IL 60644 | - | | | | | | | 5,245.63 | 0.00 | 5,245.63 |
| Account No. **11436** | | | | Pre-Petition Wages | | | | | | |
| Charlotte Jordan 1816 N. Linder Chicago, IL 60639 | - | | | | | | | 8,927.97 | 0.00 | 8,927.97 |
| Account No. **20227** | | | | Pre-Petition Wages | | | | | | |
| Chrisandra Howard 1515 N. Menard Chicago, IL 60651 | - | | | | | | | 3,624.00 | 0.00 | 3,624.00 |

Sheet __4__ of __27__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 0.00 | |
|---|---|---|
| 24,028.07 | | 24,028.07 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Circle Family Healthcare Network, an Illinois
          Not-For-Profit Corporation**
                                                                        Case No. _____

_____,
                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
                          (Continuation Sheet)

                                                        **Wages, salaries, and commissions**

                                                        TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **11246** <br><br> **Christine Smith, NP <br> 2315 S. Wesley <br> Berwyn, IL 60402** | - | | Pre-Petition Wages | | | | 4,029.52 | 4,029.52 | 0.00 |
| Account No. **202566** <br><br> **Christopher Jackson <br> 5517 W 108th Place <br> Oak Lawn, IL 60453** | - | | Pre-Petition Wages | | | | 8,711.76 | 0.00 | 8,711.76 |
| Account No. **124002** <br><br> **Christopher Orr <br> 1655 S. Harding <br> Chicago, IL 60612** | - | | Pre-Petition Wages | | | | 210.00 | 0.00 | 210.00 |
| Account No. **202574** <br><br> **Codelia E. Muhammed <br> 1136 S. Elmwood <br> Oak Park, IL 60304** | - | | Pre-Petition Wages | | | | 11,252.55 | 0.00 | 11,252.55 |
| Account No. **19011** <br><br> **Cora Montgomery <br> 1119 N. Mason <br> Chicago, IL 60651** | - | | Pre-Petition Wages | | X | | 19,533.92 | 7,808.92 | 11,725.00 |

Sheet __5__ of __27__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal | 11,838.44 |
|---|---|---|
|  | (Total of this page) | 43,737.75 | 31,899.31 |

B6E (Official Form 6E) (4/10) - Cont.

In re   **Circle Family Healthcare Network, an Illinois**
        **Not-For-Profit Corporation**

Case No. _____

_____,
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Daniel Casto**<br>**2906 N. Rockwell**<br>**Chicago, IL 60618** | - | | Pre-Petition Wages | | | | 1,366.97 | 0.00<br><br>1,366.97 |
| Account No. **123622**<br><br>**Dante Williams**<br>**626 N. Leamington**<br>**Chicago, IL 60644** | - | | Pre-Petition Wages | | | | 4,711.57 | 0.00<br><br>4,711.57 |
| Account No.<br><br>**Daphne Webster**<br>**3219 W Balmoral 2nd Fl**<br>**Chicago, IL 60625** | - | | Pre-Petition Wages | | | | 2,034.38 | 0.00<br><br>2,034.38 |
| Account No.<br><br>**Deitre Crockett**<br>**1724 N Melvina**<br>**Chicago, IL 60639** | - | | Pre-Petition Wages | | | | 1,941.50 | 0.00<br><br>1,941.50 |
| Account No. **202569**<br><br>**Denise Moody**<br>**1345 S. Manheim**<br>**Westchester, IL 60154** | - | | Pre-Petition Wages | | | | 4,792.60 | 0.00<br><br>4,792.60 |

Sheet **6** of **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal<br>(Total of this page) | 0.00 |
|---|---|---|
| | 14,847.02 | 14,847.02 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Circle Family Healthcare Network, an Illinois
Not-For-Profit Corporation**
_____,
Debtor

Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **202567**<br><br>**Dwayne Sharp**<br>**1351 N. Waller Ave**<br>**Chicago, IL 60651** | - | | **Pre-Petition Wages** | | | | 4,344.07 | 0.00 | 4,344.07 |
| Account No.<br><br>**Ediri Nwaezeigwe**<br>**7551 N. Bell Ave #GB**<br>**Chicago, IL 60645** | - | | **Pre-Petition Wages** | | | | 8,055.62 | 0.00 | 8,055.62 |
| Account No.<br><br>**Erica Baker**<br>**4347 W. Gladys**<br>**Chicago, IL 60624** | - | | **Pre-Petition Wages** | | | | 782.91 | 0.00 | 782.91 |
| Account No.<br><br>**Felicia Conic**<br>**1923 S. Homan Ave**<br>**Chicago, IL 60623** | - | | **Pre-Petition Wages** | | | | 1,804.00 | 0.00 | 1,804.00 |
| Account No. **11532**<br><br>**Ferrick Jones**<br>**2000 West 80th**<br>**Chicago, IL 60620** | - | | **Pre-Petition Wages** | | | | 7,944.08 | 0.00 | 7,944.08 |

Sheet __7__ of __27__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 22,930.68 | 0.00<br>22,930.68 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Circle Family Healthcare Network, an Illinois
Not-For-Profit Corporation**                                      Case No. _____
                                                                        ,
                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **19019** | | | Pre-Petition Wages | | | | | | |
| Flora Pagan 4119 N. Cicero Ave Bsmt Chicago, IL 60641 | - | | | | | | 5,929.65 | 0.00 | 5,929.65 |
| Account No. **202572** | | | Pre-Petition Wages | | | | | | |
| Guadalupe Nungaray 5126 S Talman Ave Chicago, IL 60632 | - | | | | | | 3,210.50 | 0.00 | 3,210.50 |
| Account No. **202585** | | | Pre-Petition Wages | | | | | | |
| Hector Gonzalez 139 LeMoyne Parkway Oak Park, IL 60302 | - | | | | | | 3,328.68 | 0.00 | 3,328.68 |
| Account No. **20214** | | | Pre-Petition Wages | | | | | | |
| James Butler 1635 N. Laramie Ave #1B Chicago, IL 60639 | - | | | | | | 2,606.00 | 0.00 | 2,606.00 |
| Account No. **123584** | | | Pre-Petition Wages | | | | | | |
| James Stepney 13034 Mc Daniel Ct. Alsip, IL 60803 | - | | | | | | 4,130.27 | 0.00 | 4,130.27 |

Sheet __8__ of __27__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 19,205.10 | 19,205.10 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Circle Family Healthcare Network, an Illinois**
        **Not-For-Profit Corporation**                                    Case No. _____
                                                                          ,
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No. | | | | Pre-Petition Wages | | | | | | |
| Jannie Harris 1049 Lavergne Chicago, IL 60651 | - | | | | | | | 4,778.81 | 2,321.46 | 2,457.35 |
| Account No. 202571 | | | | Pre-Petition Wages | | | | | | |
| Jeannie Dunbar 1016 N. Keystone Chicago, IL 60651 | - | | | | | | | 1,627.50 | 0.00 | 1,627.50 |
| Account No. | | | | Pre-Petition Wages | | | | | | |
| Jimmie Walls 7416 Franklin #203 Forest Park, IL 60130 | - | | | | | | | 4,272.71 | 0.00 | 4,272.71 |
| Account No. 20225 | | | | Pre-Petition Wages | | | | | | |
| John Hill 2908 S. 9th Ave Broadview, IL 60155 | - | | | | | | | 5,195.58 | 0.00 | 5,195.58 |
| Account No. 13003 | | | | Pre-Petition Wages | | | | | | |
| Jon Beran 5832 W. Huron Chicago, IL 60644 | - | | | | | | | 11,725.00 | 0.00 | 11,725.00 |

Sheet **9** of **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 2,321.46 |
| (Total of this page) | 27,599.60 | 25,278.14 |

B6E (Official Form 6E) (4/10) - Cont.

In re **Circle Family Healthcare Network, an Illinois Not-For-Profit Corporation**,        Case No. _____

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **11226** <br><br> Jose Araud <br> 1720 N. Kimball <br> Chicago, IL 60647 | | - | Pre-Petition Wages | | | | 221.04 | 0.00 | 221.04 |
| Account No. **202584** <br><br> Kalisha Freeman <br> 12756 S. Ada <br> Calumet Park, IL 60827 | | - | Pre-Petition Wages | | | | 1,060.47 | 0.00 | 1,060.47 |
| Account No. **20212** <br><br> Karina Herrera <br> 2834 N. Nagle <br> Chicago, IL 60634 | | - | Pre-Petition Wages | | | | 162.00 | 0.00 | 162.00 |
| Account No. **123587** <br><br> Katrina Smith <br> 5847 W. Iowa <br> Chicago, IL 60651 | | - | Pre-Petition Wages | | | | 528.27 | 0.00 | 528.27 |
| Account No. <br><br> Kristen Hainey <br> 3312 Wilcox Ave <br> Bellwood, IL 60104 | | - | Pre-Petition Wages | | | X | 16,346.15 | 4,621.15 | 11,725.00 |

Sheet __10__ of __27__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal     4,621.15

(Total of this page)    18,317.93    13,696.78

B6E (Official Form 6E) (4/10) - Cont.

In re   **Circle Family Healthcare Network, an Illinois
Not-For-Profit Corporation**

Case No. _____

_____,
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No.<br><br>**Ladasha Smith<br>6478 Woodward Ave<br>Downers Grove, IL 60516** | - | | | **Pre-Petition Wages** | | | | **1,694.00** | **1,694.00** | **0.00** |
| Account No. **202582**<br><br>**LaShay Cooper<br>1124 North Mason<br>Chicago, IL 60651** | - | | | **Pre-Petition Wages** | | | | **367.13** | **0.00** | **367.13** |
| Account No.<br><br>**Latoya Patterson<br>4051 W. Kamerling Street<br>Chicago, IL 60651** | - | | | **Pre-Petition Wages** | | | | **1,428.60** | **0.00** | **1,428.60** |
| Account No.<br><br>**Latress Smith<br>12140 S. Lasalle<br>Chicago, IL 60628** | - | | | **Pre-Petition Wages** | | | | **2,487.00** | **0.00** | **2,487.00** |
| Account No.<br><br>**Latryce Sharp NRI<br>2741 Caroline Dr<br>Homewood, IL 60430** | - | | | **Pre-Petition Wages** | | | | **2,457.35** | **0.00** | **2,457.35** |

Sheet __11__ of __27__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal<br>(Total of this page) | **1,694.00** | |
|---|---|---|---|
| | | **8,434.08** | **6,740.08** |

B6E (Official Form 6E) (4/10) - Cont.

In re **Circle Family Healthcare Network, an Illinois**
**Not-For-Profit Corporation**
_____,
Debtor

Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | Pre-Petition Wages | | | | | |
| Learetta Duke 1009 N. Lockwood Chicago, IL 60651 | - | | | | | | | | 0.00 |
| | | | | | | | | 984.50 | 984.50 |
| Account No. 202560 | | | | Pre-Petition Wages | | | | | |
| Lenell Denton 1529 S. Sawyer Chicago, IL 60623 | - | | | | | | | | 0.00 |
| | | | | | | | | 2,517.87 | 2,517.87 |
| Account No. 19028 | | | | Pre-Petition Wages | | | | | |
| Leonard Krol 5330 W. Bernice Chicago, IL 60641 | - | | | | | | | | 0.00 |
| | | | | | | | | 4,023.96 | 4,023.96 |
| Account No. 19089 | | | | Pre-Petition Wages | | | | | |
| Luvenia Arrington 300 W. North Ave, #802 Chicago, IL 60610 | - | | | | | | | | 0.00 |
| | | | | | | | | 2,504.04 | 2,504.04 |
| Account No. 11475 | | | | Pre-Petition Wages | | | | | |
| Lydia Zavala 1214 N. Avers Ave Chicago, IL 60651 | - | | | | | | | | 0.00 |
| | | | | | | | | 5,118.55 | 5,118.55 |

Sheet **12** of **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 15,148.92 | 15,148.92 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Circle Family Healthcare Network, an Illinois**
**Not-For-Profit Corporation**                                          Case No. _____
                                                                    ,
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **20228** <br><br> **Madelin Vazquez** <br> **10330 Dickens #105D** <br> **Melrose Park, IL 60164** | - | | Pre-Petition Wages | | | | 2,778.35 | 0.00 | 2,778.35 |
| Account No. <br><br> **Maedell Stiffend** <br> **12635 S. Yale** <br> **Chicago, IL 60628** | - | | Pre-Petition Wages | | | | 7,251.27 | 0.00 | 7,251.27 |
| Account No. **11007** <br><br> **Maria Castillo** <br> **P.O. Box 471316** <br> **Chicago, IL 60647** | - | | Pre-Petition Wages | | | | 1,393.50 | 0.00 | 1,393.50 |
| Account No. **11392** <br><br> **Maria Rivera** <br> **1448 N. Fairfield** <br> **Chicago, IL 60622** | - | | Pre-Petition Wages | | | | 1,946.18 | 0.00 | 1,946.18 |
| Account No. <br><br> **Maria Zavala** | - | | Pre-Petition Wages | | | | 15.00 | 15.00 | 0.00 |

Sheet __13__ of __27__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 15.00 | |
|---|---|---|---|
| | (Total of this page) | 13,384.30 | 13,369.30 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re **Circle Family Healthcare Network, an Illinois
Not-For-Profit Corporation**                                          Case No. _____
_____,
                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **19035**<br><br>**Marion Pope**<br>**5317 N. Winchester #1**<br>**Chicago, IL 60640** | - | | Personal Guaranty for Goods and Services | | | | 64.24 | 0.00 | 64.24 |
| Account No. **202590**<br><br>**Marlom Ryals**<br>**3244 W. Douglas #2N**<br>**Chicago, IL 60623** | - | | Pre-Petition Wages | | | | 930.58 | 0.00 | 930.58 |
| Account No. **11057**<br><br>**Martha Walker**<br>**5160 W. Concord Pl**<br>**Chicago, IL 60639** | - | | Pre-Petition Wages | | | | 6,029.80 | 0.00 | 6,029.80 |
| Account No. **11484**<br><br>**Mary Ann Leach**<br>**936 W. Sunnyside #204**<br>**Chicago, IL 60640** | - | | Pre-Petition Wages | | | | 6,769.77 | 0.00 | 6,769.77 |
| Account No. **123580**<br><br>**Mary Mitchell**<br>**1236 Haverhill Circle**<br>**Naperville, IL 60563** | - | | Pre-Petition Wages | | | | 2,769.38 | 0.00 | 2,769.38 |

Sheet __14__ of __27__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal<br>(Total of this page)

|  |  |
|---|---|
| 0.00 | |
| 16,563.77 | 16,563.77 |

B6E (Official Form 6E) (4/10) - Cont.

In re   **Circle Family Healthcare Network, an Illinois**
**Not-For-Profit Corporation**
Case No. _____

_____,
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. **20240** | | | | | | | | **Pre-Petition Wages** | | |
| Megan France 4531 N. Ashland #110 Chicago, IL 60640 | | - | | | | | | | 0.00 | |
| | | | | | | | | 5,621.50 | | 5,621.50 |
| Account No. | | | | | | | | **Pre-Petition Wages** | | |
| Melissa Fowler 240 S. Maple Oak Park, IL 60304 | | - | | | | | | | 0.00 | |
| | | | | | | | | 2,401.51 | | 2,401.51 |
| Account No. **20242** | | | | | | | | **Pre-Petition Wages** | | |
| Michael Hart 1803 Rizzi Lane Bartlett, IL 60103 | | - | | | | X | | | 0.00 | |
| | | | | | | | | 11,725.00 | | 11,725.00 |
| Account No. | | | | | | | | **Pre-Petition Wages** | | |
| Michael Moody 1345 S Manheim Westchester, IL 60154 | | - | | | | | | | 0.00 | |
| | | | | | | | | 6,186.61 | | 6,186.61 |
| Account No. | | | | | | | | **Pre-Petition Wages** | | |
| Michelle Williams 1037 N. Lawler Ave Chicago, IL 60651 | | - | | | | | | | 0.00 | |
| | | | | | | | | 11,034.38 | | 11,034.38 |

Sheet __15__ of __27__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 36,969.00 | 36,969.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re **Circle Family Healthcare Network, an Illinois
Not-For-Profit Corporation**
_____,
Debtor

Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No.<br><br>**Na'Keya Curry<br>2930 W. Filmore<br>Chicago, IL 60612** | - | | | | Pre-Petition Wages | | | | 3,773.00 | 0.00<br><br>3,773.00 |
| Account No. **11472**<br><br>**Pam Phillips<br>7757 W Sunset Drive<br>Elmwood Park, IL 60707** | - | | | | Pre-Petition Wages | | | | 15,550.00 | 3,825.00<br><br>11,725.00 |
| Account No. **202589**<br><br>**Pamela Smith, MD<br>1950 South Avers<br>Chicago, IL 60623** | - | | | | Pre-Petition Wages | | | | 7,791.66 | 0.00<br><br>7,791.66 |
| Account No.<br><br>**Patricia Hodo<br>10107 S. Yates<br>Chicago, IL 60617** | - | | | | Pre-Petition Wages | | | | 7,920.36 | 0.00<br><br>7,920.36 |
| Account No. **11150**<br><br>**Patrick Nwaezeigwe<br>15423 Ellis Ave<br>Dolton, IL 60419** | - | | | | Pre-Petition Wages | | X | | 25,315.00 | 13,590.00<br><br>11,725.00 |

Sheet __16__ of __27__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal<br>(Total of this page) | 60,350.02 | 17,415.00<br>42,935.02 |
|---|---|---|---|

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re    **Circle Family Healthcare Network, an Illinois
Not-For-Profit Corporation**                                        Case No. _____
                                                                    ,
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. **21209** | | | | Pre-Petition Wages | | | | | |
| Penny White 30W 165 Whitney Road West Chicago, IL 60185 | - | | | | | X | | | 19,121.16 |
| | | | | | | | | 30,846.16 | 11,725.00 |
| Account No. **20091** | | | | Pre-Petition Wages | | | | | |
| Phil Foust 10495 W 117th Ave Cedar Lake, IN 46303 | - | | | | | X | | | 2,836.60 |
| | | | | | | | | 14,561.60 | 11,725.00 |
| Account No. **11110** | | | | Pre-Petition Wages | | | | | |
| Primitiva Ramos 5547 W. Cortland 2nd FL Chicago, IL 60639 | - | | | | | | | | 0.00 |
| | | | | | | | | 2,929.19 | 2,929.19 |
| Account No. **202588** | | | | Pre-Petition Wages | | | | | |
| Regina Pope 7736 S. Essex Ave Chicago, IL 60649 | - | | | | | | | | 0.00 |
| | | | | | | | | 655.00 | 655.00 |
| Account No. **11491** | | | | Pre-Petition Wages | | | | | |
| Renee Portee-Perry 319 50th Ave Bellwood, IL 60104 | - | | | | | | | | 0.00 |
| | | | | | | | | 6,167.58 | 6,167.58 |

Sheet __17__ of __27__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 21,957.76 |
|---|---|---|
| | (Total of this page) | 55,159.53 | 33,201.77 |

B6E (Official Form 6E) (4/10) - Cont.

In re **Circle Family Healthcare Network, an Illinois**
**Not-For-Profit Corporation**
_____,
Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **20110**<br><br>Rev. Willie Morris<br>5906 W. Erie St<br>Chicago, IL 60644 | - | | Pre-Petition Wages | | | | 1.75 | 0.00 | 1.75 |
| Account No. **11112**<br><br>Richard Gomez<br>3340 S. Ashland<br>Chicago, IL 60608 | - | | Pre-Petition Wages | | | | 4,133.75 | 0.00 | 4,133.75 |
| Account No.<br><br>Robbin Fulton<br>821 N. Leclaire<br>Chicago, IL 60651 | - | | Pre-Petition Wages | | | | 1,363.23 | 0.00 | 1,363.23 |
| Account No. **13014**<br><br>Robert Stannard<br>5931 W. Erie<br>Chicago, IL 60644 | - | | Pre-Petition Wages | | | | 17,173.44 | 5,448.44 | 11,725.00 |
| Account No. **20111**<br><br>Roderiquez Montgomery<br>1119 N. Mason Ave<br>Chicago, IL 60651 | - | | Pre-Petition Wages | | | | 3,862.40 | 0.00 | 3,862.40 |

Sheet __18__ of __27__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 5,448.44 |
| (Total of this page) | 26,534.57 | 21,086.13 |

B6E (Official Form 6E) (4/10) - Cont.

In re  **Circle Family Healthcare Network, an Illinois
Not-For-Profit Corporation**
_____,
Debtor

Case No. _____

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **11533** <br><br> **Rodrigue Tinfang 155 E. Quincy Street Elmhurst, IL 60126** | - | | Pre-Petition Wages | | X | | | 23,736.66 | |
| | | | | | | | 35,461.66 | | 11,725.00 |
| Account No. **11469** <br><br> **Ronald Graham 4304 W. 21st Place Chicago, IL 60623** | - | | | | | | | 0.00 | |
| | | | | | | | 4,364.78 | | 4,364.78 |
| Account No. **202583** <br><br> **Ronald Johnson 6402 S. Claremont Chicago, IL 60636** | - | | Pre-Petition Wages | | | | | 0.00 | |
| | | | | | | | 3,031.93 | | 3,031.93 |
| Account No. <br><br> **Ruben Flores 1901 S 59th Ave Cicero, IL 60804** | - | | Pre-Petition Wages | | | | | 0.00 | |
| | | | | | | | 4,056.42 | | 4,056.42 |
| Account No. **53003** <br><br> **Ruth Freeman 5918 W. Midway Park Chicago, IL 60644** | - | | Pre-Petition Wages | | | | | 0.00 | |
| | | | | | | | 1,671.48 | | 1,671.48 |

Sheet __19__ of __27__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 23,736.66 |
|---|---|---|
| | (Total of this page) | 48,586.27 | 24,849.61 |

B6E (Official Form 6E) (4/10) - Cont.

In re   **Circle Family Healthcare Network, an Illinois**
        **Not-For-Profit Corporation**
                                                                    Case No. _____
                                              _____,
                                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. <br><br>**Sarah Lewis** <br>**7438 W. Franklin St. #3B** <br>**Forest Park, IL 60130** | - | | | **Pre-Petition Wages** | | | | <br><br>9,017.08 | **0.00** <br><br><br>9,017.08 |
| Account No. **11538** <br><br>**Sarah Schroeder** <br>**2935 W. Kedzie** <br>**Chicago, IL 60618** | - | | | **Pre-Petition Wages** | | | | <br><br>528.27 | **0.00** <br><br><br>528.27 |
| Account No. <br><br>**See Sook Song-Jung** <br>**3331 Old Mill Road** <br>**Northbrook, IL 60062** | - | | | **MD Consultant** | X | | | <br><br>11,375.00 | **11,375.00** <br><br><br>0.00 |
| Account No. <br><br>**Sejal Parekh** <br>**6401 W. Berteau Ave #512** <br>**Chicago, IL 60641** | - | | | **Pre-Petition Wages** | | | | <br><br>1,624.35 | **0.00** <br><br><br>1,624.35 |
| Account No. **202573** <br><br>**Sharon Kielminski** <br>**5409 S Kenneth Ave** <br>**Chicago, IL 60632** | - | | | **Pre-Petition Wages** | | | | <br><br>11,725.00 | **0.00** <br><br><br>11,725.00 |

Sheet **20** of **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | **11,375.00** |
|---|---|---|
| | (Total of this page) | **34,269.70** | **22,894.70** |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Circle Family Healthcare Network, an Illinois**
    **Not-For-Profit Corporation**
                                              **Debtor**

Case No. _____

,

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **202573** <br><br> **Sharon Kielminski** <br> **5409 S Kenneth Ave** <br> **Chicago, IL 60632** | - | | **Pre-Petition Wages** | | | | <br><br><br><br> 775.40 | **775.40** <br><br><br><br> 0.00 |
| Account No. <br><br> **Shekera Booker** <br> **1029 N. Central Park** <br> **Chicago, IL 60651** | - | | **Pre-Petition Wages** | | | | <br><br><br><br> 1,322.75 | **0.00** <br><br><br><br> 1,322.75 |
| Account No. <br><br> **Shelia Coleman** <br> **3356 W. 83rd** <br> **Place** <br> **Chicago, IL 60652** | - | | **Pre-Petition Wages** | | | | <br><br><br><br> 519.94 | **0.00** <br><br><br><br> 519.94 |
| Account No. **11159** <br><br> **Shelia Holt** <br> **462 Seneca Lane** <br> **Bolingbrook, IL 60440** | - | | **Pre-Petition Wages** | | | | <br><br><br><br> 4,151.15 | **4,151.15** <br><br><br><br> 0.00 |
| Account No. **11505** <br><br> **Sherry Orr** <br> **1655 S. Harding** <br> **Chicago, IL 60623** | - | | **Pre-Petition Wages** | | | | <br><br><br><br> 3,057.74 | **0.00** <br><br><br><br> 3,057.74 |

Sheet **21** of **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 4,926.55 |
| (Total of this page) | 9,826.98 | 4,900.43 |

B6E (Official Form 6E) (4/10) - Cont.

In re **Circle Family Healthcare Network, an Illinois**
       **Not-For-Profit Corporation**
                                                                      Case No. _____
                                              ,
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **202587**<br><br>**Shirely Smith**<br>**4626 Prairie Ave**<br>**Brookfield, IL 60513** | - | | | Pre-Petition Wages | | | | **612.50** | 0.00<br><br>**612.50** |
| Account No. **20095**<br><br>**Shirley Powell**<br>**1701 N. Albany Ave**<br>**Chicago, IL 60647** | - | | | Pre-Petition Wages | | | | **8,627.02** | 0.00<br><br>**8,627.02** |
| Account No. **11114**<br><br>**Shirley Wilson**<br>**419 S. Taylor Ave #1A**<br>**Oak Park, IL 60302** | - | | | Pre-Petition Wages | | | | **5,535.79** | 0.00<br><br>**5,535.79** |
| Account No.<br><br>**Shondra Nicholson**<br>**1650 N. Marywood #311B**<br>**Aurora, IL 60505** | - | | | Pre-Petition Wages | | | | **3,133.95** | 0.00<br><br>**3,133.95** |
| Account No. **202565**<br><br>**Sonia Harvey**<br>**7357 S Princeton 2nd Fl**<br>**Chicago, IL 60621** | - | | | Pre-Petition Wages | | | | **6,421.85** | 0.00<br><br>**6,421.85** |

Sheet __22__ of __27__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | **24,331.11** | **24,331.11** |

B6E (Official Form 6E) (4/10) - Cont.

In re **Circle Family Healthcare Network, an Illinois Not-For-Profit Corporation**,

Case No. _____

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | Pre-Petition Wages | | | | | |
| Stephanie Griggs 3424 S. Calumet Chicago, IL 60616 | - | | | | | | | | 4,582.72 | 4,582.72 |
| | | | | | | | | | 4,582.72 | 0.00 |
| Account No. | | | | | Pre-Petition Wages | | | | | |
| Stephanie Griggs 3424 S. Calumet Chicago, IL 60616 | - | | | | | | X | | 0.00 | |
| | | | | | | | | | 11,725.00 | 11,725.00 |
| Account No. 11564 | | | | | Pre-Petition Wages | | | | | |
| Takonia Thompson 1301 S. 61st Ave Cicero, IL 60804 | - | | | | | | | | 0.00 | |
| | | | | | | | | | 3,526.61 | 3,526.61 |
| Account No. 124005 | | | | | Pre-Petition Wages | | | | | |
| Taylor Margaret 1523 W. 79th St. 2n Chicago, IL 60620 | - | | | | | | | | 0.00 | |
| | | | | | | | | | 3,806.08 | 3,806.08 |
| Account No. 20235 | | | | | Pre-Petition Wages | | | | | |
| Tehran Frazier 2799 Haddassah Drive Naperville, IL 60565 | - | | | | | | | | 0.00 | |
| | | | | | | | | | 5,746.50 | 5,746.50 |

Sheet **23** of **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 4,582.72 |
|---|---|---|
| | (Total of this page) | 29,386.91 | 24,804.19 |

B6E (Official Form 6E) (4/10) - Cont.

In re **Circle Family Healthcare Network, an Illinois
Not-For-Profit Corporation**

Case No. _____

_____,
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. **11024** <br><br> **Thomas Huggett** <br> **5728 W. Lake** <br> **Chicago, IL 60644** | - | | | Pre-Petition Wages | | | | <br> 11,725.00 | 0.00 <br><br> 11,725.00 |
| Account No. **11024** <br><br> **Thomas Huggett** <br> **5728 W. Lake** <br> **Chicago, IL 60644** | - | | | Pre-Petition Wages | | | | <br> 25,313.59 | 25,313.59 <br><br> 0.00 |
| Account No. **123593** <br><br> **Tony Payton** <br> **1622 E. 78th Street** <br> **Chicago, IL 60649** | - | | | Pre-Petition Wages | | | | <br> 96.80 | 0.00 <br><br> 96.80 |
| Account No. <br><br> **Vaness Rubio** <br> **5522 W. Newport** <br> **Chicago, IL 60641** | - | | | Pre-Petition Wages | | | | <br> 965.71 | 0.00 <br><br> 965.71 |
| Account No. **20103** <br><br> **Vickie Rivkin** <br> **6171 N. Sheridan Rd #1004** <br> **Chicago, IL 60660** | - | | | Pre-Petition Wages | | X | | <br> 11,725.00 | 0.00 <br><br> 11,725.00 |

Sheet __24__ of __27__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 25,313.59 | |
| 49,826.10 | 24,512.51 |

B6E (Official Form 6E) (4/10) - Cont.

In re  **Circle Family Healthcare Network, an Illinois**
       **Not-For-Profit Corporation**

Case No. _____

_____,
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **20103** | | | **Pre-Petition Wages** | | | | | |
| **Vickie Rivkin** **6171 N. Sheridan Rd #1004** **Chicago, IL 60660** | - | | | | | | 5,563.40 | 5,563.40 0.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __25__ of __27__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

5,563.40
5,563.40

5,563.40
0.00

B6E (Official Form 6E) (4/10) - Cont.

In re **Circle Family Healthcare Network, an Illinois
Not-For-Profit Corporation**

Case No. _____

_____,
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | **Pension Payments** | | | | | |
| **Lincoln Life Financial Group 1300 S. Clinton St., Ste 500 P.O. Box 2248 Fort Wayne, IN 46801** | - | | | | | X | | | 0.00 |
| | | | | | | | | 11,000.00 | 11,000.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __26__ of __27__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 11,000.00 | 11,000.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Circle Family Healthcare Network, an Illinois**
         **Not-For-Profit Corporation**                                Case No. _____

                                                    ,
                                               Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 4th Quarter 2012 | | | | | |
| **Illinois Dept Employment Security Chicago Region - Revenue** 527 s. Wells Street, Suite 100 Chicago, IL 60607 | - | | | | | | 7,401.00 | 6,598.13 / 802.87 |
| Account No. | | | Tax Penalty Fee | | | | | |
| **United States Treasury** 36-2902782 Cincinnati, OH 45999 | - | | | | X | | 425.00 | 425.00 / 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet **27** of **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 7,826.00 | 7,023.13 / 802.87 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 840,580.40 | 275,020.74 / 565,559.66 |

B6F (Official Form 6F) (12/07)

In re   **Circle Family Healthcare Network, an Illinois**          Case No. _____
        **Not-For-Profit Corporation**
                                                                    ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Rental Damages for 1633 N. Hamlin | | | | |
| **1633 N. Hamlin Partnership c/o Nathaniel D. Lawrence 2835 N. Sheffield Ave, Ste 232 Chicago, IL 60657** | - | | | | X | X | 192,858.30 |
| Account No. | | | Pest Control | | | | |
| **A Alert 5860 Lincoln Ave Chicago, IL 60659** | - | | | | X | | 628.00 |
| Account No. | | | Fingerprinting | | | | |
| **Accurate Biometrics 4849 N. Milwaukee Ste 101 Chicago, IL 60630** | - | | | | X | | 250.00 |
| Account No. | | | Payroll Processing Services | | | | |
| **ADP, Inc P.O. Box 0500 Carol Stream, IL 60132** | - | | | | X | | 3,237.04 |

|  | Subtotal | 196,973.34 |
|---|---|---|
| __24__ continuation sheets attached | (Total of this page) | |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Circle Family Healthcare Network, an Illinois
Not-For-Profit Corporation**
_____,
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Security Services | | | | |
| **ADT Security Services, Inc.**<br>**111 Windsor Drive**<br>**Oak Brook, IL 60523** | - | | | | | X | | |
| | | | | | | | | 2,990.02 |
| Account No. | | | | Medical Services (unisured employee) | | | | |
| **Advocate Christ Medical Center**<br>**P.O. Box 4256**<br>**Carol Stream, IL 60197** | - | | | | | X | | |
| | | | | | | | | 2,446.00 |
| Account No. | | | | Medical Services | | | | |
| **Advocate IMMC Dental Van**<br>**811 W. Wellington**<br>**Chicago, IL 60657** | - | | | | | X | | |
| | | | | | | | | 23,866.75 |
| Account No. | | | | Employee Expense Reimbursement | | | | |
| **Alfred Ruffin**<br>**6434 S. Paulina**<br>**Chicago, IL 60639** | - | | | | | X | | |
| | | | | | | | | 45.60 |
| Account No. | | | | Electronic Record Vendor | | | | |
| **Alliance of Chicago Community Health Services**<br>**215 W. Ohio Street**<br>**Chicago, IL 60654** | - | | | | | X | | |
| | | | | | | | | 21,255.58 |

Sheet no. __1__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

50,603.95

B6F (Official Form 6F) (12/07) - Cont.

In re  **Circle Family Healthcare Network, an Illinois
Not-For-Profit Corporation**

Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. <br><br> **American Academy of Family Physicia <br> 11400 Tomohawk Creek <br> Leawood, KS 66211** | | - | | **Lab Services** | | X | | 672.00 |
| Account No. <br><br> **American Diagnostic Lab <br> 7855 Gross Point Road <br> Unit A-1 <br> Skokie, IL 60077** | | - | | **Workman's Comp Claim** | | X | | 2,866.30 |
| Account No. 124031 <br><br> **Andre' Hines <br> 7415 Dixon Street <br> Forest Park, IL 60130** | | - | | **Pre-Petition Wages** | | X | | 23,736.52 |
| Account No. <br><br> **Andria Simons <br> 316 W. 101st Place <br> Chicago, IL 60661** | | - | | **Business Expense Reimbursement** | | X | | 16.20 |
| Account No. <br><br> **Arlynn H. Manasse <br> 107 56th Court <br> Downers Grove, IL 60516** | | - | | **Business Expense Reimbursement** | | X | | 1,675.65 |

Sheet no. __2__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,966.67

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Circle Family Healthcare Network, an Illinois**
**Not-For-Profit Corporation**

Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Internet Expense | | | | |
| AT&T PO Box 5019 Carol Stream, IL 60197-5014 | | - | | | | X | | 3,647.45 |
| Account No. | | | | Internet Expense | | | | |
| AT&T PO Box 5080 Carol Stream, IL 60197-5014 | | - | | | | X | | 682.47 |
| Account No. | | | | Professional Fees | | | | |
| Austin Chamber of Commerce 645 S. Central Chicago, IL 60640 | | - | | | | X | | 740.00 |
| Account No. | | | | Legal Fees | | | | |
| Birndorf & Birndorf 200 W. Madison Street Ste. 2670 Chicago, IL 60606 | | - | | | | X | | 8,909.00 |
| Account No. | | | | Employee Expense Reimbursement | | | | |
| Brek L. Lienhart 146 Clyde Ave Apt. 2E Evanston, IL 60202 | | - | | | | X | | 55.93 |

Sheet no. __3__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,034.85

B6F (Official Form 6F) (12/07) - Cont.

In re   **Circle Family Healthcare Network, an Illinois
Not-For-Profit Corporation**
_____,   Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Breach of Contract | | | | |
| Brenda Parks-Johnson c/o Elan Law Group 19 S. LaSalle Street, Ste 600 Chicago, IL 60603 | - | | | | | | X | X | 67,200.00 |
| Account No. | | | | | Contribution Claim arrising from McCammon-Chase litigation | | | | |
| Bruce Peoples 7243 W Madison Unit #422 P.O. Box #6850 River Forest, IL 60305 | | | | | | X | X | X | Unknown |
| Account No. | | | | | Contribution claim from Mortgage & Note | | | | |
| Camille Lilly 5755 W. Division Chicago, IL 60651 | - | | | | | | X | X | Unknown |
| Account No. | | | | | Office Expenses | | | | |
| Cascade Healthcare Products Inc 1826 NW 18th Ave Portland, OR 97209 | - | | | | | | X | | 542.63 |
| Account No. | | | | | Utility | | | | |
| CBeyond 13474 Collections Center Drive Chicago, IL 60693 | - | | | | | | X | | 17,682.49 |

Sheet no. __4__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **85,425.12**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Circle Family Healthcare Network, an Illinois Not-For-Profit Corporation** Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Computer Equipment | | | | |
| CDW Government 230 N. Milwaukee Vernon Hills, IL 60061 | - | | | | | | X | | |
| | | | | | | | | | 272.81 |
| Account No. | | | | | Membership Dues | | | | |
| Centering Healthcare Institute Inc 558 Maple Ave Cheshire, CT 06410 | - | | | | | | X | | |
| | | | | | | | | | 250.00 |
| Account No. | | | | | Employee Expense Reimbursement | | | | |
| Charles Clark 213 N. Menard Street Chicago, IL 60644 | - | | | | | | X | | |
| | | | | | | | | | 54.96 |
| Account No. | | | | | Business Expense Reimbursement | | | | |
| Charlotte Jordan 1816 N. Linder Chicago, IL 60639 | - | | | | | | X | | |
| | | | | | | | | | 4,205.00 |
| Account No. | | | | | Janitoral Supplies | | | | |
| Chemcraft Industries 2345 W. Roscoe Street Chicago, IL 60618 | - | | | | | | X | | |
| | | | | | | | | | 6,376.09 |

Sheet no. __5__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 11,158.86

B6F (Official Form 6F) (12/07) - Cont.

In re **Circle Family Healthcare Network, an Illinois**
**Not-For-Profit Corporation**
Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Christine Smith**<br>**2315 S. Wesley**<br>**Berwyn, IL 60402** | | - | | **Employee Expense Reimbursement** | | X | | 750.00 |
| Account No.<br><br>**Circle Urban Ministries**<br>**118 N. Central**<br>**Chicago, IL 60644** | | - | | **Landlord** | | X | | 32,370.00 |
| Account No.<br><br>**City of Chicago**<br>**Department of Revenue**<br>**121 North LaSalle St. Room 107A**<br>**Chicago, IL 60602** | | - | | **Landlord** | | X | | 3,789.53 |
| Account No.<br><br>**City of Chicago**<br>**Department of Revenue**<br>**PO Box 88292**<br>**Chicago, IL 60680** | | - | | **Fees and Penalities** | | X | | 100.00 |
| Account No.<br><br>**Compugroup Medical**<br>**PO Box 203200**<br>**Dallas, TX 75320** | | - | | **Billing Services** | | X | | 4.29 |

Sheet no. __6__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

37,013.82

B6F (Official Form 6F) (12/07) - Cont.

In re   **Circle Family Healthcare Network, an Illinois**
        **Not-For-Profit Corporation**
_____,
                          Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Property Tax | | | | |
| **Cook County Treasurer** **P.O. Box 4488** **Carol Stream, IL 60197** | - | | | | | | X | | 2,951.99 |
| Account No. | | | | | Business Expense Report | | | | |
| **Cora L Montgomery** **1119 N. Mason** **Chicago, IL 60651** | - | | | | | | X | | 506.92 |
| Account No. | | | | | Professional Fees | | | | |
| **Council on Accreditation** **120 Wall Street** **11th FL** **New York, NY 10005** | - | | | | | | X | | 7,493.00 |
| Account No. | | | | | Membership Dues | | | | |
| **Crisis Prevention Institute** **10850 W. Park Place** **Ste 600** **Milwaukee, WI 53224** | - | | | | | | X | | 125.00 |
| Account No. | | | | | Medical Services | | | | |
| **Dr. Nathalie McCammon-Chase** **836 North Humphrey** **Oak Park, IL 60302** | - | | | | | | X | | 39,500.00 |

Sheet no. **7** of **24** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

50,576.91

B6F (Official Form 6F) (12/07) - Cont.

In re **Circle Family Healthcare Network, an Illinois**
**Not-For-Profit Corporation**
_____,
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Erex, Inc**<br>**5242 W. Cermark**<br>**Cicero, IL 60804** | - | | | Maintenance and Repair | | X | | 1,200.00 |
| Account No. <br><br>**Erlinda Tzirides**<br>**P.O. Box 59140**<br>**Chicago, IL 60659** | - | | | Consultant | | X | | 1,120.00 |
| Account No. <br><br>**First National Bank of Omaha**<br>**P.O. Box 2818**<br>**Omaha, NE 68103** | - | | | Credit Card | | X | | 17,786.73 |
| Account No. <br><br>**First National Bank of Omaha**<br>**P.O. Box 2818**<br>**Omaha, NE 68103** | - | | | Credit Card Lendor | | X | | 1,924.74 |
| Account No. 122388N <br><br>**First Nonprofit**<br>**1 S. Wacker Drive**<br>**Suite 2380**<br>**Chicago, IL 60606** | - | | | Management of State Unemployment Taxes | | X | | 37,000.00 |

Sheet no. __8__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

59,031.47

B6F (Official Form 6F) (12/07) - Cont.

In re   **Circle Family Healthcare Network, an Illinois**
**Not-For-Profit Corporation**                                              Case No. _____

_____,
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Unemployment Insurance Broker | | | | |
| First Nonprofit 1 South Wacker Drive Suite 2380 Chicago, IL 60606 | | - | | | | X | | 133,278.31 |
| Account No. | | | | Employee Expense Reimbursement | | | | |
| Flora M Pagan 4113 N. Dickenson St. Chicago, IL 60641 | | - | | | | X | | 1,050.00 |
| Account No. | | | | Printing and Stationary | | | | |
| Forest Printing 7214 W. Madison Forest Park, IL 60130 | | - | | | | X | | 1,302.97 |
| Account No. | | | | Equipment Maintenance | | | | |
| Garaventa USA Inc, Antioch PO Box 818 225 Depot Street Antioch, IL 60002 | | - | | | | X | | 385.00 |
| Account No. | | | | Copy Machine Maintenance | | | | |
| GE Capital P.O. Box 740441 Atlanta, GA 30374 | | - | | | | X | | 4,917.79 |

Sheet no. __9__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          140,934.07

B6F (Official Form 6F) (12/07) - Cont.

In re  **Circle Family Healthcare Network, an Illinois
Not-For-Profit Corporation**
_____,
Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Lab Services | | | | |
| Genesis Clinical Laboratory 1590 Paysphere Circle Chicago, IL 60674 | - | | | | | | X | | 681.05 |
| Account No. | | | | | Food | | | | |
| Greater Chicago Food Depository 4100 W Ann Laurie Place Chicago, IL 60632 | - | | | | | | X | | 1,190.45 |
| Account No. | | | | | MD Consultant | | | | |
| Heather Duncan 5843 W. Benard Chicago, IL 60659 | - | | | | | | X | | 900.00 |
| Account No. | | | | | Consultant | | | | |
| Henry Granger P.O. Box 627 Meridian, MS 39302 | - | | | | | | X | | 1,400.00 |
| Account No. | | | | | Drugs & Mediciation for homeless patients | | | | |
| Henry Schein Caligor Dept 14121 Palatine, IL 60055 | - | | | | | | X | | 6,657.54 |

Sheet no. __10__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,829.04

B6F (Official Form 6F) (12/07) - Cont.

In re **Circle Family Healthcare Network, an Illinois
Not-For-Profit Corporation**,

Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Lab Services | | | | |
| **Illinois dept of Public Health P.O. Box 4263 Springfield, IL 62708** | - | | | | | X | | 3,445.50 |
| Account No. | | | | Membership Dues | | | | |
| **Illinois Primary Healthcare Assoc. 500 S. 9th Street Springfield, IL 62701** | - | | | | | X | | 22,266.63 |
| Account No. | | | | Insurance Broker | | | | |
| **Insurance Support Systems 333 N. Michigan Ave Ste. 901 Chicago, IL 60696** | - | | | | | X | | 2,009.42 |
| Account No. | | | | Storage | | | | |
| **Iron Mountain P.O. Box 21728 New York, NY 10087** | - | | | | | X | | 2,697.43 |
| Account No. | | | | Auto Sale & Repair | | | | |
| **Joe Rizza 2100 S. Harlem Ave Riverside, IL 60546** | - | | | | | X | | 3,286.14 |

Sheet no. __11__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

33,705.12

B6F (Official Form 6F) (12/07) - Cont.

In re   **Circle Family Healthcare Network, an Illinois
Not-For-Profit Corporation**
_____,
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Jon Beran, MD**<br>**5832 W. Huron**<br>**Chicago, IL 60644** | - | | | **Employee Expense Reimbursement** | | X | | 1,220.00 |
| Account No. **13003**<br><br>**Jon Beran, MD**<br>**5832 W. Huron**<br>**Chicago, IL 60644** | - | | | **Medical Services** | | X | | 19,121.16 |
| Account No.<br><br>**Joseph Bates**<br>**1421 Farwell**<br>**Apt 306**<br>**Chicago, IL 60626** | - | | | **Billing Services** | | X | | 400.00 |
| Account No.<br><br>**Kenneth Young Center**<br>**1001 Rohwing Road**<br>**Elk Grove Village, IL 60067** | - | | | **Billing Software** | | X | | 15,516.00 |
| Account No.<br><br>**Kenwood Office Furniture**<br>**3063 Breton Road**<br>**Grand Rapids, MI 49512** | - | | | **Office Furniture** | | X | | 102.99 |

Sheet no. __12__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

36,360.15

B6F (Official Form 6F) (12/07) - Cont.

In re    **Circle Family Healthcare Network, an Illinois
Not-For-Profit Corporation**
_____,
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Employee Expense Reimbursement | | | | |
| Kristen Hainey 3312 Wilcox Bellwood, IL 60633 | - | | | | | X | | 626.00 |
| Account No. | | | | Medical Services | | | | |
| Laboratory Corporation of America P.O. Box 2240 Burlington, NC 27216-2240 | - | | | | | X | | 58,942.30 |
| Account No. | | | | Storage | | | | |
| Life Storage Centers of Humboldt 4014 W. Grand Ave Chicago, IL 60651 | - | | | | | X | | 440.00 |
| Account No. | | | | Retirement Planning | | | | |
| Lincoln Retirement P.O. Box 7864 Fort Wayne, IN 46801 | - | | | | | X | | 11,874.05 |
| Account No. | | | | Contribution claim from Mortgage & Note | | | | |
| Lisa Pettiford 1230 Mandel Ave Westchester, IL 60154 | - | | | | | X | X | Unknown |

Sheet no. __13__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

71,882.35

B6F (Official Form 6F) (12/07) - Cont.

In re  **Circle Family Healthcare Network, an Illinois**
          **Not-For-Profit Corporation**

Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Sub Contractor NRI Program | | | | |
| Living Word Christian Center 6266 W. North Ave Chicago, IL 60628 | | - | | | | X | | 10.00 |
| Account No. | | | | Placement Services | | | | |
| Locumtenens Co. P.O. Box 405547 Atlanta, GA 30384 | | - | | | | X | | 144,352.92 |
| Account No. | | | | Employee Expense Reimbursement | | | | |
| Maria Castillo PO Box 471316 Chicago, IL 60647 | | - | | | | X | | 46.40 |
| Account No. | | | | FNP Consultant | | | | |
| Maureen Powers 938 N. Harvey Oak Park, IL 60302 | | - | | | | X | | 2,300.00 |
| Account No. | | | | Medical Supplies | | | | |
| Mckesson 8741 Landmark Road Henrico, VA 23228 | | - | | | | X | | 16,959.04 |

Sheet no. __14__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

163,668.36

B6F (Official Form 6F) (12/07) - Cont.

In re  **Circle Family Healthcare Network, an Illinois
Not-For-Profit Corporation**
_____,
Debtor

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **20242** <br><br> **Michael Hart 1803 Rizzi Lane Bartlett, IL 60103** | | - | **Pre-Petition Wages** | | X | | 3,736.60 |
| Account No. <br><br> **Nathalie McCammon-Chase, M.D c/o Robin Potter & Assoc., P.C. 111 E. Wacker Drive, Ste 2600 Chicago, IL 60601** | X | - | **Disputed Claim based upon breach of contract and other issues** | X | X | X | 50,000.00 |
| Account No. <br><br> **National Assoc of Community Health Centers 7501 Wisconsin Ave Ste 1100W Bethesda, MD 20814** | | - | **Conference Registration Fee** | | X | | 9,430.00 |
| Account No. <br><br> **Nationwide Credit &Collection, Inc PO Box 3159 Hinsdale, IL 60522** | | - | **Workman's Comp Claim** | | X | X | 650.00 |
| Account No. <br><br> **Nebo Systems P.O. Box 636078 Cincinnati, OH 45263** | | - | **Billing Services** | | X | | 1,413.16 |

Sheet no. __15__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

65,229.76

B6F (Official Form 6F) (12/07) - Cont.

In re  **Circle Family Healthcare Network, an Illinois**
**Not-For-Profit Corporation**
_____,
Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Information Technology Services | | | | |
| Net Telligence Group Inc 2024 West Webster Ave Chicago, IL 60647 | - | | | | | X | | 20,300.00 |
| Account No. | | | | Employee Expense Reimbursement | | | | |
| Nita Beran 5832 W. Huron Chicago, IL 60644 | - | | | | | X | | 30.00 |
| Account No. | | | | Midwives Consultant Services | | | | |
| Norwegian American Hospital 1722 Momentum Place Chicago, IL 60689 | - | | | | | X | | 9,600.00 |
| Account No. | | | | Drugs and Medications | | | | |
| Novartis Vaccines and Diagnostics P.O. Box 822746 Philadelphia, PA 19182 | - | | | | | X | | 1,202.98 |
| Account No. | | | | Answering Service | | | | |
| NU FONE Service INC 715 Lake Street Room 100 Oak Park, IL 60301 | - | | | | | X | | 5,972.97 |

Sheet no. __16__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

37,105.95

B6F (Official Form 6F) (12/07) - Cont.

In re  **Circle Family Healthcare Network, an Illinois**
       **Not-For-Profit Corporation**

Case No. _____

_____,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Employee Benefit | | | | |
| Olive-Harvey College Bookstore 10001 S. Woodlawn Chicago, IL 60628 | - | | | | | X | | 309.83 |
| Account No. | | | | Business Expense Reimbursement | | | | |
| Pamela Phillips 7757 W.Sunset Drive Elmwood Park, IL 60707 | - | | | | | X | | 2,430.00 |
| Account No. | | | | Employee Expense Reimbursement | | | | |
| Penny White 30W 165 Whitney Road West Chicago, IL 60185 | - | | | | | X | | 1,055.00 |
| Account No. | | | | Legal Fees | | | | |
| Pitler & Mandell 39 S. Lasalle Street Ste. 1220 Chicago, IL 60601 | - | | | | | X | | 25,435.65 |
| Account No. | | | | Postage Meter Lease | | | | |
| Pitney Bowes P.O. Box 856390 Louisville, KY 40285-6390 | - | | | | | X | | 5,089.90 |

Sheet no. __17__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **34,320.38**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Circle Family Healthcare Network, an Illinois**
**Not-For-Profit Corporation**
_____,
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Temporary Employees | | | | |
| Professional Dynamic Network, Inc P.O. Box 13188 Milwaukee, WI 53213 | | - | | | | X | | 4,040.00 |
| Account No. | | | | Postage | | | | |
| Purchase Power P.O. Box 856042 Omaha, NE 68103 | | - | | | | X | | 1,616.40 |
| Account No. | | | | Oxygen Tanks | | | | |
| R H Medical 13948 S. Hoxie Burnham, IL 60633 | | - | | | | X | | 619.00 |
| Account No. | | | | Conference Registration Fee | | | | |
| Race Time, Inc PO Box 507 Winfield, IL 60190 | | - | | | | X | | 328.00 |
| Account No. | | | | Employee Expense Reimbursement | | | | |
| Ray Easley 5819 W. Erie Chicago, IL 60644 | | - | | | | X | | 38.63 |

Sheet no. __18__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,642.03

B6F (Official Form 6F) (12/07) - Cont.

In re  **Circle Family Healthcare Network, an Illinois**
**Not-For-Profit Corporation**                                          Case No. _____

_____,
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.                                                    | | | | | Contribution claim from Mortgage and Note | | | | |
| **Reuben Pettiford** **1230 Mandel Ave** **Westchester, IL 60154** | - | | | | | X | X | | **Unknown** |
| Account No.                                                    | | | | | Lab Services | | | | |
| **RHC Reference Lab** **7477 W. Talcott Ave** **Ste 359** **Chicago, IL 60639** | - | | | | | | X | | **72.34** |
| Account No.                                                    | | | | | Equipment Maintenance | | | | |
| **Right Way Plumbing & HVAC** **9066 Hollyberry Ave** **Des Plaines, IL 60016** | - | | | | | | X | | **3,130.00** |
| Account No.                                                    | | | | | Drugs & Medications for Homeless patients | | | | |
| **Rishi Pharmacy** **4909 W. Division** **Chicago, IL 60651** | - | | | | | | X | | **10,273.83** |
| Account No.                                                    | | | | | Business Expense Reimbursement | | | | |
| **Robert Stannard** **5931 West Erie** **Chicago, IL 60644** | - | | | | | | X | | **3,560.00** |

Sheet no. __19__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **17,036.17**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Circle Family Healthcare Network, an Illinois Not-For-Profit Corporation**
_____,
Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Business Expense Reimbursement** | | | | |
| Rodrigue Tinfang 155 East Quincy Street Elmhurst, IL 60126 | - | | | | X | | 1,435.40 |
| Account No. | | | **Special Assitance to Clients** | | | | |
| Salem Mission Home 2825 W. McClean Chicago, IL 60647 | - | | | | X | | 642.00 |
| Account No. | | | **Employee Expense Reimbursement** | | | | |
| Sherry Orr 1655 S. Harding Chicago, IL 60623 | - | | | | X | | 120.40 |
| Account No. | | | **Advertising-Printing** | | | | |
| Sign Express 900 S. Oak Park Ave Oak Park, IL 60304 | - | | | | X | | 108.00 |
| Account No. | | | **Conference Registration Fee** | | | | |
| St. Vincent Hospital 10330 N. Meridian Ste 100 Indianapolis, IN 46290 | - | | | | X | | 115.00 |

Sheet no. __20__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          2,420.80

B6F (Official Form 6F) (12/07) - Cont.

In re    **Circle Family Healthcare Network, an Illinois**
         **Not-For-Profit Corporation**                                    Case No. _____
                                                          ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Office Supplies | | | | |
| **Staples** **1850 North Harlem** **Elmwood Park, IL 60707** | - | | | | | | X | | 180.83 |
| Account No. | | | | | Office Supplies | | | | |
| **Staples Advantage** **P.O. Box 83689** **Chicago, IL 60696** | - | | | | | | X | | 2,069.79 |
| Account No. | | | | | Waste Disposal Services | | | | |
| **Stericycle Inc** **4010 Commerical Ave** **Northbrook, IL 60062** | - | | | | | | X | | 20,457.45 |
| Account No. | | | | | MD Consultant | | | | |
| **Susan Erlenborn** **1033 West Ontario** **Apt 2A** **Oak Park, IL 60302** | - | | | | | | X | | 10,720.00 |
| Account No. | | | | | Telephone Equipment & Maintenance | | | | |
| **Technology Solutions Group** **2575 White Oak Circle** **Aurora, IL 60502** | - | | | | | | X | | 10,605.17 |

Sheet no. __21__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

44,033.24

B6F (Official Form 6F) (12/07) - Cont.

In re   **Circle Family Healthcare Network, an Illinois
Not-For-Profit Corporation**
_____,
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Business Expense Reimbursement | | | | |
| Thomas D. Huggett 5728 W. Lake Chicago, IL 60644 | - | | | | | | X | | 9,657.13 |
| Account No. | | | | | Landlord | | | | |
| TLRE, LLC 1608 N. Mason Chicago, IL 60639 | - | | | | | | X | | 7,622.40 |
| Account No. | | | | | Copy Machine Maintenance and Paper | | | | |
| Toshiba Business Solutions P.O. Box 436357 Lexington, KY 40523 | - | | | | | | X | | 16,201.19 |
| Account No. | | | | | Membership Dues | | | | |
| United Power for Action and Justice 4848 N. Clark Chicago, IL 60640 | - | | | | | | X | | 900.00 |
| Account No. | | | | | Employee Charitable Contribution | | | | |
| United Way 560 W. Lake Street Chicago, IL 60661 | - | | | | | | X | | 1,284.13 |

Sheet no. __22__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

35,664.85

B6F (Official Form 6F) (12/07) - Cont.

In re    **Circle Family Healthcare Network, an Illinois
Not-For-Profit Corporation**
_____,
Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**United Way 2005 Community Celebrati<br>560 W. Lake Street<br>Chicago, IL 60661** | | - | Charitable Contribution Employee | | X | | 20.88 |
| Account No.<br><br>**US Bank<br>c/o Pierce & Associates<br>1 N. Dearborn, Suite 1300<br>Chicago, IL 60602** | X | - | Alleged Guarantors | X | | X | 311,324.00 |
| Account No.<br><br>**Valonda Williams<br>2814 W. Arthington Ave<br>Chicago, IL 60612** | | - | Employee Expense Reimbursement | | X | | 45.01 |
| Account No.<br><br>**Vision Service Plan<br>P.O. Box 742135<br>Los Angeles, CA 90074** | | - | Vision Insurance | | X | | 1,285.16 |
| Account No.<br><br>**Vistaprint-Netherlands B.V.<br>PO Box 842882<br>Boston, MA 02284** | | - | Advertising | | X | | 160.21 |

Sheet no. __23__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

312,835.26

B6F (Official Form 6F) (12/07) - Cont.

In re    **Circle Family Healthcare Network, an Illinois
Not-For-Profit Corporation**

Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Advertising | | | | |
| Wednesday Journal, Inc. 141 S. Oak Park Avenue Oak Park, IL 60302 | | - | | | | X | | 395.00 |
| Account No. | | | | Medical Dues | | | | |
| West Suburban Medical Center 3 Erier Ct Oak Park, IL 60302 | | - | | | | X | | 588.20 |
| Account No. | | | | Landlord | | | | |
| Westside Holisitc Family Services 4909 West Division Street Chicago, IL 60651 | | - | | | | | | 216,976.25 |
| Account No. | | | | MD Consultant | | | | |
| Yosef Hakimi 807 Davis Street Evanston, IL 60201 | | - | | | | X | | 10,640.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __24__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 228,599.45 |
| Total (Report on Summary of Schedules) | | 1,775,051.97 |

B6G (Official Form 6G) (12/07)

.

In re  **Circle Family Healthcare Network, an Illinois**      Case No. _____
**Not-For-Profit Corporation**
_____,
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **1633 N. Hamlin Partnership**<br>**1527 W. Morse**<br>**Chicago, IL 60626** | **Commercial Lease of Real Property commonly described as: 1633 N. Hamlin, Chicago, IL 60647 @ $9,144.90 / month** |
| **ACCESS Community Health Network**<br>**Stand Against Cancer** | **Grant- Cancer Screening- Women's Health**<br><br>**\* Each Contract listed is dedicated for special uses and purposes to benefit patients, other third parties, or subcontractors in accordance with the corresponding grant purpose set forth in each contract and therefore is not property of the Estate pursuant to §541 of the Bankruptcy Code** |
| **ACCESS Community Health Network**<br>**Westside Healthy Start** | **Grant- Address dispartities in infant mortality and perinatal health indicators**<br><br>**\* Each Contract listed is dedicated for special uses and purposes to benefit patients, other third parties, or subcontractors in accordance with the corresponding grant purpose set forth in each contract and therefore is not property of the Estate pursuant to §541 of the Bankruptcy Code** |
| **Circle Urban Ministries**<br>**c/o Glen Kehrein**<br>**118 N. Central**<br>**Chicago, IL 60644** | **Commercial Lease of Real Property commonly described as: 115 N. Parkside Avenue, 1st Floor, Chicago, IL 60644 @ $5,765.00 / month** |
| **City of Chicago**<br>**Department of Fleet & Facility Mgmt**<br>**30 N. LaSalle Street, Suite 300**<br>**Chicago, IL 60602** | **Commercial Lease of Real Property commonly described as: City Health Clinic, 1201 S. Campbell Street, 1st Floor, Chicago, IL 60612 @ $1,012.00 / month** |
| **Ford Desired Realty**<br>**5104 West Chicago Ave**<br>**Chicago, IL 60651** | **Commercial Lease of Real Property commonly described as: 5714 W. Division St, Chicago, IL 60651 @ $4,000.00 / month** |
| **GE Capital**<br>**P.O. Box 740441**<br>**Atlanta, GA 30374** | **Lease of Computer equipment, Printers, Surge Protectors and Service Contract @ $1,172.50 / month** |

**3**
___ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **Circle Family Healthcare Network, an Illinois**      Case No. _____
        **Not-For-Profit Corporation**
_____,
                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Gilead**<br>**HIV/AIDS** | **Grant- Clinical HIV/AIDS Screening**<br><br>**\* Each Contract listed is dedicated for special uses and purposes to benefit patients, other third parties, or subcontractors in accordance with the corresponding grant purpose set forth in each contract and therefore is not property of the Estate pursuant to §541 of the Bankruptcy Code** |
| **Heartland Health Outreach**<br>**HIV/AIDS** | **Grant- HIV/AIDS**<br><br>**\* Each Contract listed is dedicated for special uses and purposes to benefit patients, other third parties, or subcontractors in accordance with the corresponding grant purpose set forth in each contract and therefore is not property of the Estate pursuant to §541 of the Bankruptcy Code** |
| **HRSA**<br>**ARRA- Capital Improvement Program** | **Grant- CFHCN Multi-site IT/Equiment**<br>**\* Each Contract listed is dedicated for special uses and purposes to benefit patients, other third parties, or subcontractors in accordance with the corresponding grant purpose set forth in each contract and therefore is not property of the Estate pursuant to §541 of the Bankruptcy Code** |
| **HRSA**<br>**Affordable Care Act** | **Grant- School base care delivery**<br>**\* Each Contract listed is dedicated for special uses and purposes to benefit patients, other third parties, or subcontractors in accordance with the corresponding grant purpose set forth in each contract and therefore is not property of the Estate pursuant to §541 of the Bankruptcy Code** |
| **HRSA**<br>**Health Center Cluster** | **Grant- Health Center Operations Support**<br><br>**\* Each Contract listed is dedicated for special uses and purposes to benefit patients, other third parties, or subcontractors in accordance with the corresponding grant purpose set forth in each contract and therefore is not property of the Estate pursuant to §541 of the Bankruptcy Code** |
| **IL Dept of Children & Family Svcs**<br>**Parenting Training** | **Grant- Promoting permanency in families to ensure the safety & well-being of children.**<br><br>**\* Each Contract listed is dedicated for special uses and purposes to benefit patients, other third parties, or subcontractors in accordance with the corresponding grant purpose set forth in each contract and therefore is not property of the Estate pursuant to §541 of the Bankruptcy Code** |

Sheet __1__ of __3__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re   **Circle Family Healthcare Network, an Illinois**
        **Not-For-Profit Corporation**

Case No. _____

_____,
                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **IL Dept of Human Services**<br>**CILA** | **Grant- Mental Health- Residential**<br><br>**\* Each Contract listed is dedicated for special uses and purposes to benefit patients, other third parties, or subcontractors in accordance with the corresponding grant purpose set forth in each contract and therefore is not property of the Estate pursuant to §541 of the Bankruptcy Code** |
| **IL Dept of Human Services**<br>**PATH** | **Grant- Mental Health- homeless**<br><br>**\* Each Contract listed is dedicated for special uses and purposes to benefit patients, other third parties, or subcontractors in accordance with the corresponding grant purpose set forth in each contract and therefore is not property of the Estate pursuant to §541 of the Bankruptcy Code** |
| **IL Dept of Human Services**<br>**Title X** | **Grant- Family Planning**<br><br>**\* Each Contract listed is dedicated for special uses and purposes to benefit patients, other third parties, or subcontractors in accordance with the corresponding grant purpose set forth in each contract and therefore is not property of the Estate pursuant to §541 of the Bankruptcy Code** |
| **IL Dept. of Human Services**<br>**NMR- Non Medicaid** | **Grant- Mental Health**<br><br>**\* Each Contract listed is dedicated for special uses and purposes to benefit patients, other third parties, or subcontractors in accordance with the corresponding grant purpose set forth in each contract and therefore is not property of the Estate pursuant to §541 of the Bankruptcy Code** |
| **IL Dept. of Human Services**<br>**Psychiatric Services** | **Grant- Mental Health**<br><br>**\* Each Contract listed is dedicated for special uses and purposes to benefit patients, other third parties, or subcontractors in accordance with the corresponding grant purpose set forth in each contract and therefore is not property of the Estate pursuant to §541 of the Bankruptcy Code** |
| **Illinois Criminal Justice**<br>**Information Authority- VOCA** | **Grant- Mental Health**<br><br>**\* Each Contract listed is dedicated for special uses and purposes to benefit patients, other third parties, or subcontractors in accordance with the corresponding grant purpose set forth in each contract and therefore is not property of the Estate pursuant to §541 of the Bankruptcy Code** |

Sheet __2__ of __3__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Circle Family Healthcare Network, an Illinois
Not-For-Profit Corporation**

Case No. _____

_____,
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Illinois Violence Prevention Authority- Neighborhood Recovery Initiative** | **Grant- Youth mentoring**<br><br>**\* Each Contract listed is dedicated for special uses and purposes to benefit patients, other third parties, or subcontractors in accordance with the corresponding grant purpose set forth in each contract and therefore is not property of the Estate pursuant to §541 of the Bankruptcy Code** |
| **IMC Property Management, LLC<br>1 East Superior #405<br>Chicago, IL 60611** | **Commercial Lease of Real Property commonly described as: 5002-10 W. Madison St., Chicago, IL 60604 @ $3,811.00 / month** |
| **Peoples Gas<br>Mobile Health Team** | **Grant- Care for the homeless**<br><br>**\* Each Contract listed is dedicated for special uses and purposes to benefit patients, other third parties, or subcontractors in accordance with the corresponding grant purpose set forth in each contract and therefore is not property of the Estate pursuant to §541 of the Bankruptcy Code** |
| **Pitney Bowes<br>P.O. Box 856390<br>Louisville, KY 40285-6390** | **Lease Agreement for Postage Machine @ $541.00/ month** |
| **Polk Brothers Foundation<br>Mobile Health Team** | **Grant- Care for the Homeless**<br><br>**\* Each Contract listed is dedicated for special uses and purposes to benefit patients, other third parties, or subcontractors in accordance with the corresponding grant purpose set forth in each contract and therefore is not property of the Estate pursuant to §541 of the Bankruptcy Code** |
| **VNA Foundation<br>Mobile Health Team** | **Grant- Care for the homeless**<br><br>**\* Each Contract listed is dedicated for special uses and purposes to benefit patients, other third parties, or subcontractors in accordance with the corresponding grant purpose set forth in each contract and therefore is not property of the Estate pursuant to §541 of the Bankruptcy Code** |
| **Westside Holisitc Family Services<br>4909 West Division Street<br>Chicago, IL 60651** | **Commercial Lease of Real Property commonly described as: 4909 West Division Street, 3rd Floor, Chicago, IL 60651 @ $14,059.00 / month** |

Sheet   **3**   of   **3**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Circle Family Healthcare Network, an Illinois
Not-For-Profit Corporation**                                    Case No. _____
                                                                     ,
_____
Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Bruce Peoples**<br>**7243 W Madison Unit #422**<br>**P.O. Box #6850**<br>**River Forest, IL 60305** | **Nathalie McCammon-Chase, M.D**<br>**c/o Robin Potter & Assoc., P.C.**<br>**111 E. Wacker Drive, Ste 2600**<br>**Chicago, IL 60601** |
| **Camille Lilly**<br>**5755 W. Division**<br>**Chicago, IL 60651** | **US Bank**<br>**c/o Pierce & Associates**<br>**1 N. Dearborn, Suite 1300**<br>**Chicago, IL 60602** |
| **Lisa Pettiford**<br>**1230 Mandel Ave**<br>**Westchester, IL 60154** | **US Bank**<br>**c/o Pierce & Associates**<br>**1 N. Dearborn, Suite 1300**<br>**Chicago, IL 60602** |
| **Reuben Pettiford**<br>**1230 Mandel Ave**<br>**Westchester, IL 60154** | **US Bank**<br>**c/o Pierce & Associates**<br>**1 N. Dearborn, Suite 1300**<br>**Chicago, IL 60602** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Circle Family Healthcare Network, an Illinois Not-For-Profit Corporation

Debtor(s)

Case No.

Chapter   11

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Executive Director of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___66___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   February  8, 2013

Signature   /s/ Andre L. Hines

Andre L. Hines
Executive Director

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/12)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Circle Family Healthcare Network, an Illinois Not-For-Profit Corporation    Case No.
Debtor(s)    Chapter    11

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $3,545,389.01 | Total Revenue July 1, 2012 to December 31, 2012 (Accrual) |
| $5,102,588.00 | Total Revenue July 1, 2011 to June 30, 2012 (Accrual) |
| $5,075,608.00 | Total Revenue July 1, 2009 to June 30, 2011 (Accrual) |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

B 7 (12/12)                                                                                                    2

---

**3. Payments to creditors**

None
■        *Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐        b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| ADP, Inc. | 11/7/12-02/07/13 | $7,929.04 | $0.00 |
| Aflac | 11/7/12-02/07/13 | $10,407.36 | $0.00 |
| First American Title Insurance Co. | 11/7/12-02/07/13 | $49,999.50 | $0.00 |
| Humana Insurance Co. | 11/7/12-02/07/13 | $32,730.56 | $0.00 |
| Insurance Support Systems | 11/7/12-02/07/13 | $6,178.26 | $0.00 |
| McKesson | 11/7/12-02/07/13 | $8,498.70 | $0.00 |
| Midway Contracting Group | 11/7/12-02/07/13 | $23,500.00 | $0.00 |
| NET Telligence Group, Inc. | 11/7/12-02/07/13 | $13,000.00 | $0.00 |
| PLIC- SBD Grand Island | 11/7/12-02/07/13 | $12,412.13 | $0.00 |
| TRLE, LLC | 11/7/12-02/07/13 | $8,022.40 | $0.00 |
| Travelers Insurance | 11/7/12-02/07/13 | $0.00 | $10,659.32 |
| U.S. Bank<br>P.O. Box 790401<br>Saint Louis, MO 63179 | 12/3/12 | $6,559.23 | $226,311.00 |
| Pamela Smith, MD<br>1950 South Avers<br>Chicago, IL 60623 | 11/7/12-02/07/13 | $6,439.12 | $7,791.66 |

* *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 7 (12/12)                                                                                                              3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Thomas D. Huggett 5728 W. Lake Chicago, IL 60644 | 11/7/12-02/07/13 | $9,404.37 | $9,657.13 |

None
☐    c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Pitler & Mandell 39 S. LaSalle Street Suite 1220 Chicago, IL 60603    Attorneys Fees- Audit | 2/7/12- 2/7/13 | $17,094.50 | $0.00 |
| Birndorf & Birndorf 200 W. Madison Street Ste. 2670 Chicago, IL 60606    Attorneys Fees | 2/7/2012- 2/7/2013 | $47,800.00 | $8,909.00 |
| A.L. Taylor & Associates, P.C. 119 E 95th Street Chicago, IL 60619    CPA/ Auditors | 2/7/2012-2/7/2013 | $15,290.00 | $0.00 |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| US Bank, N.A. v. Pettiford, et al. 12 CH 10799 | Foreclosure | Cook County, IL | Pending |
| Nathalie McCammon-Chase, M.D. 09 CV 7450 | Breach of Contract and other Claims | US Norther District of IL | Pending |
| 1633 North Hamlin Partnership 11 M1 729875 | Forcible | Cook County, IL | Use and Occupany Order |
| Hampton J. Simmons III as Representative of Brenda Parks-Johnson, M.D. v. Circle Family Healthcare Network 10 L 008858 | Breach of Contract | Cook County (Law Division) IL | Pending |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B 7 (12/12)

4

---

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Golan & Christie LLP<br>70 W. Madison<br>Suite 1500<br>Chicago, IL 60602 | January 2012 | $16,046.00 |

---

B 7 (12/12)                                                                                                                          5

---

**10. Other transfers**

None
■   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

None
■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

**12. Safe deposit boxes**

None
■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None
■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14. Property held for another person**

None
■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15. Prior address of debtor**

None
■   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

B 7 (12/12)                                                                                                    6

---

**16. Spouses and Former Spouses**

None
■   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
■   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

---

B 7 (12/12)                                                                                      7

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Patrick Nwaezeigwe | 2006 - present |
| 5002 W. Madison St | |
| Chicago, IL 60644 | |

None
☐   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| A.L. Taylor & Associates | 119 E. 95th Street | Jan 2013 |
| | Chicago, IL 60619 | Jan 2012 |

None
☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| A.L. Taylor & Associates | 119 E. 95th Street |
| | Chicago, IL 60619 |

None
☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| U.S. Bank | January 2013 (Audit) |
| P.O. Box 790401 | |
| Saint Louis, MO 63179 | |
| NCB Development Corporations | 3rd Quarter 2012; 2nd Quarter 2012; January 2013 |
| 2011 Crystal Dr. | (Audit) |
| Ste. 900 | |
| Arlington, VA 22202 | |

B 7 (12/12)                                                                                                           8

**20. Inventories**

None  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
☐     and the dollar amount and basis of each inventory.

|  | | DOLLAR AMOUNT OF INVENTORY |
|  | | (Specify cost, market or other basis) |

| DATE OF INVENTORY | INVENTORY SUPERVISOR | |
|---|---|---|
| January 2013 | Dr. Andre Hines | |
| January 2012 | Dr. Andre Hines | |

None  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
☐

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| January 2013 | Circle Family Healthcare Network<br>5002 W. Madison St.<br>Chicago, IL 60644 |
| January 2012 | Circle Family Healthcare Network<br>5002 W. Madison St.<br>Chicago, IL 60644 |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |

None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐     controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Dr. Andre Hines<br>7415 Dixon<br>Forest Park, IL 60130 | Chief Executive Officer | None |
| Patrick Nwaezeigwe<br>5002 W. Madison St<br>Chicago, IL 60644 | Chief Financial Officer | None |

---

**22 . Former partners, officers, directors and shareholders**

None  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■     commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |

None  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■     immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |

B 7 (12/12)                                                                                                 9

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
☐     in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
      commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|
| Dr. Andre Hines<br>7415 Dixon<br>Forest Park, IL 60130<br>    Chief Executive Officer | 1/1/12-1/31/13 | $1,140.48 (Cost Reinbursement)<br>& $112,232.96 (Wages) |
| Ray Easley<br>5819 W. Erie<br>Chicago, IL 60644<br>    Chairman of Board of Directors | 1/1/12-1/31/13 | $105.65 (Cost Reinbursement) |
| Patrick Nwaezeigwe<br>15423 Ellis<br>Dolton, IL 60419<br>    Chief Finacial Officer | 1/1/12-1/31/13 | $2,120.78 (Cost Reinbursement)<br>& $75,286.31 (Wages) |

---

**24. Tax Consolidation Group.**

None   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
■     group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
      of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
☐     employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)
403(B) Administered through Lincoln Life Financial Group      Plan No. 28587
1300 S. Clinton Street, Suite 500
Ft. Wayne, IN 46801

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information and belief.

 Date   February  8, 2013                          Signature   /s/ Andre L. Hines
                                                                Andre L. Hines
                                                                Executive Director

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court

## Northern District of Illinois

In re  **Circle Family Healthcare Network, an Illinois**
**Not-For-Profit Corporation**
_____ ,
Debtor

Case No. _____

Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **None** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Executive Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**February  8, 2013**_____

Signature  **/s/ Andre L. Hines**_____
**Andre L. Hines**
**Executive Director**

_Penalty for making a false statement or concealing property_:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

__**0**__ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Illinois

In re    Circle Family Healthcare Network, an Illinois Not-For-Profit Corporation      Case No.
                                                                 Debtor(s)     Chapter    11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:            246

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    February 8, 2013                /s/ Andre L. Hines

                                            Andre L. Hines/Executive Director
                                            Signer/Title

1633 N. Hamlin Partnership
c/o Nathaniel D. Lawrence
2835 N. Sheffield Ave, Ste 232
Chicago, IL 60657


1633 N. Hamlin Partnership
1527 W. Morse
Chicago, IL 60626


A Alert
5860 Lincoln Ave
Chicago, IL 60659


Aaron Carter
4005 S. Ellis
Chicago, IL 60653


Accurate Biometrics
4849 N. Milwaukee
Ste 101
Chicago, IL 60630


ADP, Inc
P.O. Box 0500
Carol Stream, IL 60132


Adreian Smith
2427 S. DesPlaines Apt#4
Riverside, IL 60546


ADT Security Services, Inc.
111 Windsor Drive
Oak Brook, IL 60523


Advocate Christ Medical Center
P.O. Box 4256
Carol Stream, IL 60197


Advocate IMMC Dental Van
811 W. Wellington
Chicago, IL 60657


Al Ruffin
6436 S. Paulina
Chicago, IL 60639

Alejandro Trejo
1921 N. Kimball
Chicago, IL 60647


Alfred Ruffin
6434 S. Paulina
Chicago, IL 60639


Aline Olmo
3114 W. Walton
Chicago, IL 60622


Alliance of Chicago Community
Health Services
215 W. Ohio Street
Chicago, IL 60654


American Academy of Family Physicia
11400 Tomohawk Creek
Leawood, KS 66211


American Diagnostic Lab
7855 Gross Point Road
Unit A-1
Skokie, IL 60077


Andre' Hines
7415 Dixon Street
Forest Park, IL 60130


Andrea Esopinoza
3801 W. Wabansia
Chicago, IL 60647


Andrea Manriquez
6412 S. Lamon Ave
Chicago, IL 60638


Andria Simons
316 W. 101st Place
Chicago, IL 60661


Anthony Atwood
4344 S. Lawrence St.
Chicago, IL 60615

Arlynn Manasse, NP
107 56th Ct
Downers Grove, IL 60516


Ashley Branch
6637 S. Wipple Street
Chicago, IL 60629


AT&T
PO Box 5019
Carol Stream, IL 60197-5014


AT&T
PO Box 5080
Carol Stream, IL 60197-5014


Austin Chamber of Commerce
645 S. Central
Chicago, IL 60640


Bakari Cowan NRI
4147 Oakwood Ln
Matteson, IL 60443


Bank of America
P.O. Box 5170
Simi Valley, CA 93062


Bill Markle
1411 Maple Ave
Evanston, IL 60201


Birndorf & Birndorf
200 W. Madison Street
Ste. 2670
Chicago, IL 60606


Brek L. Lienhart
146 Clyde Ave
Apt. 2E
Evanston, IL 60202


Brek Leinhart
146 Clyde Ave
Evanston, IL 60202

Brenda Parks-Johnson
c/o Elan Law Group
19 S. LaSalle Street, Ste 600
Chicago, IL 60603


Bruce Peoples
7243 W Madison Unit #422
P.O. Box #6850
River Forest, IL 60305


C. Emmanuel Ayers
300 W. North Ave #804
Chicago, IL 60610


Camille Lilly
5755 W. Division
Chicago, IL 60651


Candice Bennett
E. 72nd Street #1B
Chicago, IL 60649


Carmen M. Perez
2648 N. Avers
3rd Fl
Chicago, IL 60648


Cascade Healthcare Products Inc
1826 NW 18th Ave
Portland, OR 97209


CBeyond
13474 Collections Center Drive
Chicago, IL 60693


CDW Government
230 N. Milwaukee
Vernon Hills, IL 60061


Celia Smith
9141 S. May
Chicago, IL 60620

Centering Healthcare Institute Inc
558 Maple Ave
Cheshire, CT 06410


Charles Clark
213 N. Menard Street
Chicago, IL 60644


Charles Clark
213 N. Menard
Chicago, IL 60644


Charlotte Jordan
1816 N. Linder
Chicago, IL 60639


Chemcraft Industries
2345 W. Roscoe Street
Chicago, IL 60618


Chrisandra Howard
1515 N. Menard
Chicago, IL 60651


Christine Smith
2315 S. Wesley
Berwyn, IL 60402


Christine Smith, NP
2315 S. Wesley
Berwyn, IL 60402


Christopher Jackson
5517 W 108th Place
Oak Lawn, IL 60453


Christopher Orr
1655 S. Harding
Chicago, IL 60612


Circle Urban Ministries
118 N. Central
Chicago, IL 60644

Circle Urban Ministries
c/o Glen Kehrein
118 N. Central
Chicago, IL 60644


City of Chicago
Department of Revenue
121 North LaSalle St. Room 107A
Chicago, IL 60602


City of Chicago
Department of Revenue
PO Box 88292
Chicago, IL 60680


City of Chicago
Department of Fleet & Facility Mgmt
30 N. LaSalle Street, Suite 300
Chicago, IL 60602


Codelia E. Muhammed
1136 S. Elmwood
Oak Park, IL 60304


Compugroup Medical
PO Box 203200
Dallas, TX 75320


Cook County Treasurer
P.O. Box 4488
Carol Stream, IL 60197


Cora L Montgomery
1119 N. Mason
Chicago, IL 60651


Cora Montgomery
1119 N. Mason
Chicago, IL 60651


Council on Accreditation
120 Wall Street
11th FL
New York, NY 10005

Crisis Prevention Institute
10850 W. Park Place
Ste 600
Milwaukee, WI 53224


Daniel Casto
2906 N. Rockwell
Chicago, IL 60618


Dante Williams
626 N. Leamington
Chicago, IL 60644


Daphne Webster
3219 W Balmoral 2nd Fl
Chicago, IL 60625


Deitre Crockett
1724 N Melvina
Chicago, IL 60639


Denise Moody
1345 S. Manheim
Westchester, IL 60154


Dr. Nathalie McCammon-Chase
836 North Humphrey
Oak Park, IL 60302


Dwayne Sharp
1351 N. Waller Ave
Chicago, IL 60651


Ediri Nwaezeigwe
7551 N. Bell Ave #GB
Chicago, IL 60645


Erex, Inc
5242 W. Cermark
Cicero, IL 60804


Erica Baker
4347 W. Gladys
Chicago, IL 60624

Erlinda Tzirides
P.O. Box 59140
Chicago, IL 60659


Felicia Conic
1923 S. Homan Ave
Chicago, IL 60623


Ferrick Jones
2000 West 80th
Chicago, IL 60620


First National Bank of Omaha
P.O. Box 2818
Omaha, NE 68103


First Nonprofit
1 S. Wacker Drive
Suite 2380
Chicago, IL 60606


First Nonprofit
1 South Wacker Drive
Suite 2380
Chicago, IL 60606


Flora M Pagan
4113 N. Dickenson St.
Chicago, IL 60641


Flora Pagan
4119 N. Cicero Ave
Bsmt
Chicago, IL 60641


Ford Desired Realty
5104 West Chicago Ave
Chicago, IL 60651


Forest Printing
7214 W. Madison
Forest Park, IL 60130

Garaventa USA Inc, Antioch
PO Box 818
225 Depot Street
Antioch, IL 60002


GE Capital
P.O. Box 740441
Atlanta, GA 30374


Genesis Clinical Laboratory
1590 Paysphere Circle
Chicago, IL 60674


Greater Chicago Food Depository
4100 W Ann Laurie Place
Chicago, IL 60632


Guadalupe Nungaray
5126 S Talman Ave
Chicago, IL 60632


Hamlin Lmtd Partners Beneficiary of
Albany Bnk Trst # 11-4782 c/o Mr. N
Lawrence 2835 N. Sheffield #232
Chicago, IL 60657


Heather Duncan
5843 W. Benard
Chicago, IL 60659


Hector Gonzalez
139 LeMoyne Parkway
Oak Park, IL 60302


Henry Granger
P.O. Box 627
Meridian, MS 39302


Henry Schein
Caligor Dept 14121
Palatine, IL 60055

Illinois Dept Employment Security
Chicago Region - Revenue
527 s. Wells Street, Suite 100
Chicago, IL 60607


Illinois dept of Public Health
P.O. Box 4263
Springfield, IL 62708


Illinois Primary Healthcare Assoc.
500 S. 9th Street
Springfield, IL 62701


IMC Property Management, LLC
1 East Superior #405
Chicago, IL 60611


Insurance Support Systems
333 N. Michigan Ave
Ste. 901
Chicago, IL 60696


Iron Mountain
P.O. Box 21728
New York, NY 10087


James Butler
1635 N. Laramie Ave #1B
Chicago, IL 60639


James Stepney
13034 Mc Daniel Ct.
Alsip, IL 60803


Jannie Harris
1049 Lavergne
Chicago, IL 60651


Jeannie Dunbar
1016 N. Keystone
Chicago, IL 60651


Jimmie Walls
7416 Franklin #203
Forest Park, IL 60130

Joe Rizza
2100 S. Harlem Ave
Riverside, IL 60546


John Hill
2908 S. 9th Ave
Broadview, IL 60155


Jon Beran
5832 W. Huron
Chicago, IL 60644


Jon Beran, MD
5832 W. Huron
Chicago, IL 60644


Jose Araud
1720 N. Kimball
Chicago, IL 60647


Joseph Bates
1421 Farwell
Apt 306
Chicago, IL 60626


Kalisha Freeman
12756 S. Ada
Calumet Park, IL 60827


Karina Herrera
2834 N. Nagle
Chicago, IL 60634


Katrina Smith
5847 W. Iowa
Chicago, IL 60651


Kenneth Young Center
1001 Rohwing Road
Elk Grove Village, IL 60067


Kenwood Office Furniture
3063 Breton Road
Grand Rapids, MI 49512

Kristen Hainey
3312 Wilcox
Bellwood, IL 60633


Kristen Hainey
3312 Wilcox Ave
Bellwood, IL 60104


Laboratory Corporation of America
P.O. Box 2240
Burlington, NC 27216-2240


Ladasha Smith
6478 Woodward Ave
Downers Grove, IL 60516


LaShay Cooper
1124 North Mason
Chicago, IL 60651


Latoya Patterson
4051 W. Kamerling Street
Chicago, IL 60651


Latress Smith
12140 S. Lasalle
Chicago, IL 60628


Latryce Sharp NRI
2741 Caroline Dr
Homewood, IL 60430


Learetta Duke
1009 N. Lockwood
Chicago, IL 60651


Lenell Denton
1529 S. Sawyer
Chicago, IL 60623


Leonard Krol
5330 W. Bernice
Chicago, IL 60641

Life Storage Centers of Humboldt
4014 W. Grand Ave
Chicago, IL 60651


Lincoln Life Financial Group
1300 S. Clinton St., Ste 500
P.O. Box 2248
Fort Wayne, IN 46801


Lincoln Retirement
P.O. Box 7864
Fort Wayne, IN 46801


Lisa Pettiford
1230 Mandel Ave
Westchester, IL 60154


Living Word Christian Center
6266 W. North Ave
Chicago, IL 60628


Locumtenens Co.
P.O. Box 405547
Atlanta, GA 30384


Luvenia Arrington
300 W. North Ave, #802
Chicago, IL 60610


Lydia Zavala
1214 N. Avers Ave
Chicago, IL 60651


Madelin Vazquez
10330 Dickens #105D
Melrose Park, IL 60164


Maedell Stiffend
12635 S. Yale
Chicago, IL 60628


Maria Castillo
PO Box 471316
Chicago, IL 60647

Maria Castillo
P.O. Box 471316
Chicago, IL 60647

Maria Rivera
1448 N. Fairfield
Chicago, IL 60622

Maria Zavala

Marion Pope
5317 N. Winchester #1
Chicago, IL 60640

Marlom Ryals
3244 W. Douglas #2N
Chicago, IL 60623

Martha Walker
5160 W. Concord Pl
Chicago, IL 60639

Mary Ann Leach
936 W. Sunnyside #204
Chicago, IL 60640

Mary Mitchell
1236 Haverhill Circle
Naperville, IL 60563

Maureen Powers
938 N. Harvey
Oak Park, IL 60302

Mckesson
8741 Landmark Road
Henrico, VA 23228

Megan France
4531 N. Ashland #110
Chicago, IL 60640

Melissa Fowler
240 S. Maple
Oak Park, IL 60304


Michael Hart
1803 Rizzi Lane
Bartlett, IL 60103


Michael Moody
1345 S Manheim
Westchester, IL 60154


Michelle Williams
1037 N. Lawler Ave
Chicago, IL 60651


Na'Keya Curry
2930 W. Filmore
Chicago, IL 60612


Nathalie McCammon-Chase, M.D
c/o Robin Potter & Assoc., P.C.
111 E. Wacker Drive, Ste 2600
Chicago, IL 60601


National Assoc of Community Health
Centers
7501 Wisconsin Ave Ste 1100W
Bethesda, MD 20814


Nationwide Credit &Collection, Inc
PO Box 3159
Hinsdale, IL 60522


NCB Development Corporations
2011 Crystal Dr.
Ste. 900
Arlington, VA 22202


Nebo Systems
P.O. Box 636078
Cincinnati, OH 45263

Net Telligence Group Inc
2024 West Webster Ave
Chicago, IL 60647


Nita Beran
5832 W. Huron
Chicago, IL 60644


Norwegian American Hospital
1722 Momentum Place
Chicago, IL 60689


Novartis Vaccines and Diagnostics
P.O. Box 822746
Philadelphia, PA 19182


NU FONE Service INC
715 Lake Street Room 100
Oak Park, IL 60301


Olive-Harvey College Bookstore
10001 S. Woodlawn
Chicago, IL 60628


Pam Phillips
7757 W Sunset Drive
Elmwood Park, IL 60707


Pamela Phillips
7757 W.Sunset Drive
Elmwood Park, IL 60707


Pamela Smith, MD
1950 South Avers
Chicago, IL 60623


Patricia Hodo
10107 S. Yates
Chicago, IL 60617


Patrick Nwaezeigwe
15423 Ellis Ave
Dolton, IL 60419

Penny White
30W 165 Whitney Road
West Chicago, IL 60185


Phil Foust
10495 W 117th Ave
Cedar Lake, IN 46303


Pitler & Mandell
39 S. Lasalle Street
Ste. 1220
Chicago, IL 60601


Pitney Bowes
P.O. Box 856390
Louisville, KY 40285-6390


Primitiva Ramos
5547 W. Cortland 2nd FL
Chicago, IL 60639


Professional Dynamic Network, Inc
P.O. Box 13188
Milwaukee, WI 53213


Purchase Power
P.O. Box 856042
Omaha, NE 68103


R H Medical
13948 S. Hoxie
Burnham, IL 60633


Race Time, Inc
PO Box 507
Winfield, IL 60190


Ray Easley
5819 W. Erie
Chicago, IL 60644


Regina Pope
7736 S. Essex Ave
Chicago, IL 60649

Renee Portee-Perry
319 50th Ave
Bellwood, IL 60104


Reuben Pettiford
1230 Mandel Ave
Westchester, IL 60154


Rev. Willie Morris
5906 W. Erie St
Chicago, IL 60644


RHC Reference Lab
7477 W. Talcott Ave
Ste 359
Chicago, IL 60639


Richard Gomez
3340 S. Ashland
Chicago, IL 60608


Right Way Plumbing & HVAC
9066 Hollyberry Ave
Des Plaines, IL 60016


Rishi Pharmacy
4909 W. Division
Chicago, IL 60651


Robbin Fulton
821 N. Leclaire
Chicago, IL 60651


Robert Stannard
5931 West Erie
Chicago, IL 60644


Robert Stannard
5931 W. Erie
Chicago, IL 60644


Roderiquez Montgomery
1119 N. Mason Ave
Chicago, IL 60651

Rodrigue Tinfang
155 East Quincy Street
Elmhurst, IL 60126


Rodrigue Tinfang
155 E. Quincy Street
Elmhurst, IL 60126


Ronald Graham
4304 W. 21st Place
Chicago, IL 60623


Ronald Johnson
6402 S. Claremont
Chicago, IL 60636


Ruben Flores
1901 S 59th Ave
Cicero, IL 60804


Ruth Freeman
5918 W. Midway Park
Chicago, IL 60644


Salem Mission Home
2825 W. McClean
Chicago, IL 60647


Sarah Lewis
7438 W. Franklin St. #3B
Forest Park, IL 60130


Sarah Schroeder
2935 W. Kedzie
Chicago, IL 60618


See Sook Song-Jung
3331 Old Mill Road
Northbrook, IL 60062


Sejal Parekh
6401 W. Berteau Ave #512
Chicago, IL 60641

Sharon Kielminski
5409 S Kenneth Ave
Chicago, IL 60632

Shekera Booker
1029 N. Central Park
Chicago, IL 60651

Shelia Coleman
3356 W. 83rd
Place
Chicago, IL 60652

Shelia Holt
462 Seneca Lane
Bolingbrook, IL 60440

Sherry Orr
1655 S. Harding
Chicago, IL 60623

Shirely Smith
4626 Prairie Ave
Brookfield, IL 60513

Shirley Powell
1701 N. Albany Ave
Chicago, IL 60647

Shirley Wilson
419 S. Taylor Ave #1A
Oak Park, IL 60302

Shondra Nicholson
1650 N. Marywood #311B
Aurora, IL 60505

Sign Express
900 S. Oak Park Ave
Oak Park, IL 60304

Sonia Harvey
7357 S Princeton 2nd Fl
Chicago, IL 60621

St. Vincent Hospital
10330 N. Meridian
Ste 100
Indianapolis, IN 46290


Staples
1850 North Harlem
Elmwood Park, IL 60707


Staples Advantage
P.O. Box 83689
Chicago, IL 60696


Stephanie Griggs
3424 S. Calumet
Chicago, IL 60616


Stericycle Inc
4010 Commerical Ave
Northbrook, IL 60062


Susan Erlenborn
1033 West Ontario
Apt 2A
Oak Park, IL 60302


Takonia Thompson
1301 S. 61st Ave
Cicero, IL 60804


Taylor Margaret
1523 W. 79th St. 2n
Chicago, IL 60620


Technology Solutions Group
2575 White Oak Circle
Aurora, IL 60502


Tehran Frazier
2799 Haddassah Drive
Naperville, IL 60565


Thomas D. Huggett
5728 W. Lake
Chicago, IL 60644

Thomas Huggett
5728 W. Lake
Chicago, IL 60644


TLRE, LLC
1608 N. Mason
Chicago, IL 60639


Tony Payton
1622 E. 78th Street
Chicago, IL 60649


Toshiba Business Solutions
P.O. Box 436357
Lexington, KY 40523


U.S. Bank
P.O. Box 790401
Saint Louis, MO 63179


United Power for Action and Justice
4848 N. Clark
Chicago, IL 60640


United States Treasury
36-2902782
Cincinnati, OH 45999


United Way
560 W. Lake Street
Chicago, IL 60661


United Way 2005 Community Celebrati
560 W. Lake Street
Chicago, IL 60661


US Bank
c/o Pierce & Associates
1 N. Dearborn, Suite 1300
Chicago, IL 60602


US Bank
c/o Thomas M. Dwyer, Vice President
11 W. Madison Steet
Oak Park, IL 60302

Valonda Williams
2814 W. Arthington Ave
Chicago, IL 60612


Vaness Rubio
5522 W. Newport
Chicago, IL 60641


Vickie Rivkin
6171 N. Sheridan Rd #1004
Chicago, IL 60660


Vision Service Plan
P.O. Box 742135
Los Angeles, CA 90074


Vistaprint-Netherlands B.V.
PO Box 842882
Boston, MA 02284


Wednesday Journal, Inc.
141 S. Oak Park Avenue
Oak Park, IL 60302


West Suburban Medical Center
3 Erier Ct
Oak Park, IL 60302


Westside Holisitc Family Services
4909 West Division Street
Chicago, IL 60651


Yosef Hakimi
807 Davis Street
Evanston, IL 60201

# United States Bankruptcy Court
## Northern District of Illinois

In re    Circle Family Healthcare Network, an Illinois Not-For-Profit Corporation

Debtor(s)

Case No.

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Circle Family Healthcare Network, an Illinois Not-For-Profit Corporation   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

February 8, 2013

Date

/s/ Robert R. Benjamin

Robert R. Benjamin

Signature of Attorney or Litigant

Counsel for    Circle Family Healthcare Network, an Illinois Not-For-Profit
Corporation

Golan & Christie LLP

70 W. Madison
Suite 1500
Chicago, IL 60602
(312) 263-2300 Fax:(312) 263-0939
rrbenjamin@golanchristie.com