# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | Case No. 13 B 04747 |
| **CIRCLE FAMILY HEALTHCARE** | ) | Honorable A. Benjamin Goldgar |
| **NETWORK, an Illinois Not-For-Profit** | ) | |
| **Corporation,** | ) | Motion Date: March 26, 2014 |
| | ) | Motion Time: 10:00 a.m. |
| Debtor. | ) | |

## NOTICE OF MOTION

TO:   See Attached Service List

PLEASE TAKE NOTICE THAT on March 26, 2014, at the hour of 10:00 a.m., a **MOTION FOR ENTRY OF A FINAL DECREE ORDER** shall be heard by the Honorable A. Benjamin Goldgar of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, in Room 642 at 219 South Dearborn, Chicago, Illinois 60604 or any judge sitting in his stead. A copy of same is attached hereto and thereby served upon you. You may appear if you so see fit.

                             GOLAN & CHRISTIE LLP

## AFFIDAVIT OF SERVICE

I, Beverly A. Berneman, an attorney, certify that the above captioned Notice of Motion and Motion for Entry of a Final Decree Order was served upon the parties who receive notice via CM/ECF filing and those who receive notice via Regular Mail with postage pre-paid from 70 W. Madison, Chicago, IL 60602 on March 18, 2014.

                             /s/*Beverly A. Berneman*
                                Beverly A. Berneman

GOLAN & CHRISTIE LLP
Attorneys for Debtor
70 West Madison Street, Suite 1500
Chicago, Illinois 60602
(312)263-2300

## SERVICE LIST

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604
Via CM/ECF

U.S. Bank, N.A.
c/o Edmond M. Burke
Chuhak & Tecson PC
30 S. Wacker Dr., 26th Fl.
Chicago, IL 60606
Via CM/ECF

Alliance of Chicago Community Health Services
c/o Kevin C. Driscoll
Barnes & Thornburg
1 N. Wacker Dr., Ste. 4400
Chicago, IL 60606
Via CM/ECF

TLRE, LLC
c/o Michael T. Stanley
Ordower & Ordower, P.C.
One N. LaSalle St., Ste. 1300
Chicago, IL 60602
Via CM/ECF

Circle Urban Ministries
c/o John R. Weiss
Duane Morris LLP
190 S. LaSalle St., Ste. 3700
Chicago, IL 60603
Via CM/ECF

NCB Capital Impact f/k/a NCB
Development Corporation
c/o Mark E. Abraham
Gould & Ratner
222 N. LaSalle St., Ste. 800
Chicago, IL 60601
Via CM/ECF

Hampton J. Simmons, III
c/o Helena Milman
Elan Law Group
401 S. LaSalle St., Ste. 1600
Chicago, IL 60605
Via CM/ECF

Robin Potter & Associates, P.C.
c/o Denise M. Quimby
Robin Potter & Associates PC
111 East Wacker St., Ste. 2600
Chicago, IL 60601
Via CM/ECF

Iron Mountain Information
Management, LLC
c/o Joseph Corrigan
(Massachusetts BBO# 656426)
745 Atlantic Ave., 10th Fl.
Boston, MA 02111
Via Regular Mail

Dr. Nathalie McCammon-Chase
c/o George U. Oparanozie
Options Law Group, P.C.
123 W. Madison, Ste. 1400
Chicago, IL 60602
Via CM/ECF

Circle Family Healthcare Network
5002 W. Madison St.
Chicago, IL 60644
Attn: Christopher Jackson
Via Regular Mail

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | Case No.  13 B 04747 |
| **CIRCLE FAMILY HEALTHCARE** | ) | Honorable A. Benjamin Goldgar |
| **NETWORK, an Illinois Not-For-Profit** | ) | |
| **Corporation,** | ) | Motion Date:  March 26, 2014 |
| | ) | Motion Time: 10:00 a.m. |
| **Debtor.** | ) | |

## MOTION FOR ENTRY OF A
## FINAL DECREE ORDER

Debtor, CIRCLE FAMILY HEALTHCARE NETWORK, an Illinois Not-For-Profit Corporation, ("Debtor"), by and through its attorneys, Golan & Christie LLP, moves this Court for entry of a final decree order and in support thereof states as follows:

1. On February 8, 2013, Debtor filed a voluntary case under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code").

2. On September 25, 2013, this Court entered an order approving the Amended Disclosure Statement and confirming the Amended Plan.

3. Debtor disclosed in the Amended Disclosure Statement unsecured creditors would receive no distribution in a Chapter 7 liquidation.

4. Debtor's confirmed Amended Plan provides for payment of 10% *pro rata* over four years to the allowed claims of unsecured creditors.

5. Debtor has made an initial distribution as is more fully set forth on the Disbursement Report filed on November 14, 2013 **[DOCKET NO. 236]** and the Supplemental Exhibit A filed on November 26, 2013 **[DOCKET NO. 238].**

      6.    There are no further matters for this Court to administrate.

WHEREFORE, Debtor, CIRCLE FAMILY HEALTHCARE NETWORK, prays as follows:

A.    That this Court enter a final decree order; and

B.    For such other and further relief as this Court may deem just and proper.

                                                    CIRCLE FAMILY HEALTHCARE NETWORK,

By: *Beverly A. Berneman*
        Beverly A. Berneman
        One of its attorneys

Robert R. Benjamin (ARDC # 0170429)
Beverly A. Berneman (ARDC # 06189418)
Anthony D'Agostino (ARDC #6299589)
Brianna L. Golan (ARDC #6299871)
GOLAN & CHRISTIE LLP
Attorneys for Debtor
70 West Madison, Suite 1500
Chicago, Illinois 60602
312-263-2300

2