UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-4747 |
| | ) | |
| CIRCLE FAMILY HEALTHCARE | ) | Chapter: 11 |
| NETWORK, an Illinois Not-For-Profit | ) | |
| Corporation, | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| Debtor(s) | ) | |

## FINAL DECREE ~~ORDER~~ *a see*

THIS CAUSE COMING ON TO BE HEARD on motion of CIRCLE FAMILY HEALTHCARE NETWORK, an Illinois Not-For-Profit Corporation ("Debtor"), for entry of a final decree and the Court being duly advised in the premises:

THE DEBTOR HAVING REPRESENTED TO THE COURT that:

1. On February 8, 2013, Debtor filed a voluntary case under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code").

2. On September 25, 2013, this Court entered an order approving the Amended Disclosure Statement and confirming the Amended Plan.

3. Debtor has made initial distributions under the plan.

4. There are no further matters for this Court to ~~administrate~~ administer.

IT IS HEREBY ORDERED that:

The ~~estate~~ case is closed.

Enter:

_____
United States Bankruptcy Judge

Dated: 3/26/14

**Prepared by:**
GOLAN & CHRISTIE LLP
Attorneys for Debtor
70 West Madison, Suite 1500
Chicago, IL 60602
312-263-2300

Rev: 20120501_bko